FILED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware Limited Liability Company, 130 Royall Street, Canton, MA 02021<br><br>Plaintiff,<br><br>v.<br><br>CHAIROD RAUNGTRIPHOP and YUPIN RAUNGTRIPHOP, Both residents of the Commonwealth of Virginia, 9481 Gauge Drive, Fairfax Station, VA 22039<br><br>Defendants. | CASE NUMBER 1:06CV01492<br><br>JUDGE: Emmet G. Sullivan<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 08/24/2006 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, Plaintiff Baskin-Robbins Franchised Shops LLC ("Baskin-Robbins") makes the following statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock:

Corporate affiliations.

Baskin-Robbins, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.

BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shops LLC's U.S. trademarks.

Plaintiff is unaware of any publicly held company that owns 10% or more of its stock. Plaintiff is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

                                       Respectfully submitted,

                                       Eric L. Yaffe (No. 439750)
                                       Stephen J. Vaughan (No. 464136)
                                       GRAY, PLANT, MOOTY, MOOTY
                                       & BENNETT, P.A.
                                       2600 Virginia Avenue, N.W.
                                       Suite 1111
                                       Washington, DC 20037
                                       Telephone:   (202) 295-2200
                                       Facsimile:    (202) 295-2250

                                       Attorneys for Plaintiff
                                       Baskin-Robbins Franchised Shops LLC

Dated: August 24, 2006