**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC )<br>a Delaware Limited Liability Company, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHAIROD RAUNGTRIPHOP and )<br>YUPIN RAUNGTRIPHOP )<br>Both residents of the District of Columbia, )<br><br>Defendants. )<br>) | C.A. No. _____ |

### CERTIFICATION OF JACK LAUDERMILK

1.   My name is Jack Laudermilk. I am a citizen and resident of the Commonwealth of Massachusetts, and I make this Certification based on personal knowledge and in support of Baskin-Robbins Franchised Shops LLC's Memorandum in Support of Its Motion for a Preliminary Injunction.

2.   I am Associate General Counsel for Baskin-Robbins Franchised Shops LLC ("Baskin-Robbins"). As Associate General Counsel, I am the custodian of and have access to executed copies of all Baskin-Robbins franchise agreements, leases, correspondence, and other related documents and records concerning Baskin-Robbins franchise. This includes the documents and records relating to the franchise owned by Defendants in this case. The documents attached hereto are kept in the course of Baskin-Robbins' regularly conducted business activities, and it is their normal practice to make and keep these documents. My job responsibilities include being familiar with Baskin-Robbins' standards enforcement policy, including overseeing litigation brought by or against franchisees. I am also familiar with the

business of Baskin-Robbins generally, including having knowledge regarding the resources they have dedicated toward its intellectual property and the relationship between franchisees' operations and the goodwill associated with Baskin-Robbins' marks.

3.  Baskin-Robbins is engaged in the business of franchising independent business persons to operate Baskin-Robbins stores throughout the United States. Baskin-Robbins franchisees are licensed to use the trade names, service marks, and trademarks of Baskin-Robbins and to operate under the Baskin-Robbins system, which involves the production, merchandising, and sale of ice cream and related products utilizing special equipment, equipment layouts, interior and exterior accessories, identification schemes, products, management programs, standards, specifications, proprietary marks, and information.

4.  Baskin-Robbins is the franchisor of the Baskin-Robbins franchise system.

5.  BR IP Holder LLC is the owner of the trademark, service mark, and trade name "Baskin-Robbins" and related marks. Baskin-Robbins has the exclusive license to use and license others to use these marks and trade names and has used them continuously since approximately 1950 to identify its ice cream stores, and the ice cream and other products associated with those stores.

6.  BR IP Holder LLC owns numerous federal registrations for the mark Baskin-Robbins and related marks.

7.  The Baskin-Robbins marks have been very widely advertised and promoted by Baskin-Robbins over the years. Baskin-Robbins has expended tens of millions of dollars in advertising and promoting the Baskin-Robbins marks over the last fifty years. As a result, the Baskin-Robbins marks have become famous throughout the United States.

1:06CV01494

8. Baskin-Robbins and its franchisees currently operate approximately 2,200 stores in the United States and 2,600 stores outside of the United States. In the fifty years since the Baskin-Robbins system began, millions of consumers have been served in Baskin-Robbins stores.

9. As a result of the extensive sales, advertising, and promotion of items identified by the Baskin-Robbins marks, the public has come to know and recognize the Baskin-Robbins marks, and to associate them exclusively with products and services offered by Baskin-Robbins and its franchisees. The Baskin-Robbins marks are among the best and most widely known trademarks in the United States today, and are assets of inestimable value to Baskin-Robbins, representing and embodying Baskin-Robbins' considerable goodwill and favorable reputation.

10. The goodwill and reputation associated with the Baskin-Robbins trademarks are impaired when a franchisee fails to maintain standards and operates an unsanitary or unclean business under the Baskin-Robbins trademarks.

11. At all time relevant to this action Defendants Chairod Raungtriphop and Yupin Raungtriphop were the owners and operators of an ice cream store located at 2604 Connecticut Avenue Northwest, Washington, District of Columbia 20008 ("Defendants' Shop") pursuant to a Franchise Agreement dated December 22, 2003 (the "Franchise Agreement"). A true and correct copy of the Franchise Agreement is attached hereto as Exhibit A. Defendants are licensed to use the Baskin-Robbins trademarks, trade names, and trade dress.

12. Baskin-Robbins provides each of its franchisees manuals, guides, and plans (collectively referred to hereinafter as the "Baskin-Robbins Manuals") which set forth in detail the procedures, methodology, and standards applicable to the operation of a Baskin-Robbins store. These documents include:

a. The Store Operations and Management Guide, which includes detailed sections on Dress Standards (Chapter 205.1), Cleanliness and Store Appearance (Chapters 300.1-303.1), Ice Cream Product Handling (Chapter 604.1), Yogurt Product Handling (Chapter 609.1), Product Preparation (Chapters 700.1-704.1), Sanitation and Maintenance (Chapters 1100.1-1108.1), and Safety (Chapter 1207.1) (a true and correct copy of these materials is attached hereto as Exhibit B);

b. The Rules of Operation of a Baskin-Robbins Store (a true and correct copy of these materials is attached hereto as Exhibit C); and

c. The Retail Food Safety System Manual Store (a true and correct copy of these materials is attached hereto as Exhibit D).

13. Baskin-Robbins Manuals provide detailed and specific guidance and standards for health, sanitation, and safety.

14. On July 28, 2006 the Steritech Group Inc. ("Steritech"), a third-party hired by Baskin-Robbins to conduct food safety inspections, inspected Defendants' Shop (a true and correct copy of the inspection form is attached hereto as Exhibit E).

15. On July 28, 2006 Steritech hand-delivered a Notice to Cure (a true and correct copy of the Notice to Cure is attached hereto as Exhibit F).

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August, 2006.

Jack Laudermilk

4

1:06CV01496