**EXHIBIT 1B**

1:06CV01533

Case 1:06-cv-01192-EGS    Document 4    Filed 08/24/2006

SECTION:  SERVICE                         DATE:  July 1992
SUBJECT:  DRESS STANDARDS                  PAGE:  205.1

---

## UNIFORM REQUIREMENTS

### The following uniform standards must be adhered to:

| | |
|---|---|
| Pants/Shorts: | Baskin-Robbins pants or shorts in khaki (tan) or navy blue only. |
| Skirt: | Baskin-Robbins skirt in khaki (tan) only. |
| Shirt: | Baskin-Robbins pink or white polo-style T-shirt with logo on left sleeve only.  Managers should wear the pink or white Manager's shirt. |
| Hat: | Baskin-Robbins baseball-style hat or visor.  Refer below to grooming standards section for specifics. |
| Apron: | Baskin-Robbins butcher-style only. |
| Name tag: | Baskin-Robbins standard name tag, with legible name. |
| Shoes: | Closed-toe and heels, heels less than one inch, in white, brown, or black only. |
| Jacket: | Baskin-Robbins logo jacket in white only is an optional accessory. |

### The following grooming standards should be followed:

- Hair longer than one inch over the ears down the back must be completely contained so that no hair is allowed to fall loose around the face.  Hair nets are required by some local health ordinances.
- Moustaches and beards must be trimmed.
- Make-up should be minimal.
- Jewelry should be minimal.
- Uniforms must be clean and in good repair.
- Personal hygiene is a priority.

SOMG/205.1

1:06CV01534

Case 1:06-cv-01492-EGS    Document 3-4    Filed 08/24/2006    Page 3 of 97

**SECTION:  CLEANLINESS/STORE APPEARANCE**
**SUBJECT:   INTRODUCTION**

**DATE:  July 1992**
**PAGE:  300.1**

## CLEANLINESS/STORE APPEARANCE

The cleanliness and overall ambience of every Baskin-Robbins store is paramount to the success of each individual store as well as to the success of the system.

Keeping the store clean and in good repair is the responsibility of every employee. Overseeing the cleaning efforts of the staff is the responsibility of the Owner/Manager.

It is a well known fact that customers simply prefer to shop in a clean environment. This is especially true in the restaurant industry. Customers expect certain levels of cleanliness in the restaurants where they choose to eat. And in the competitive food service industry, if customers do not perceive a store as a clean environment, they can and will take their business elsewhere.

Customers' first impressions of the store are generally formed within the first few seconds. This first impression should present a positive image and should adequately reflect the quality of the products we sell.

This section of the manual will address the cleanliness of the store from the customers' perspective and will provide checklists that will assist in ensuring that the store is ready to receive customers.

For more detailed information on the cleaning, care, and maintenance of *equipment* (dipping cabinets, freezers, small equipment, etcetera), consult the section of this manual entitled "Sanitation and Maintenance" beginning on page 1100.1. For additional reference on store cleaning and maintenance, also consult the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide.*

1:06CV01535

SECTION:   CLEANLINESS/STORE APPEARANCE        DATE:  July 1992
SUBJECT:   GENERAL CLEANING TIPS               PAGE:  301.1

## GENERAL CLEANING TIPS

The guidelines listed here are intended to assist the Owner/Manager and the employees of the store in accurately assessing the operation of the store as it relates to Baskin-Robbins' standards and to customer expectations. The overall objective is the maintenance of every Baskin-Robbins store as a clean, attractive, and sanitary environment where customers will enjoy coming and employees will feel comfortable working.

GENERAL CLEANING TIPS

- When cleaning surfaces that do not come directly in contact with any food, use a two-bucket system. The first bucket (or sink) will consist of hot water and a detergent. The second bucket (or sink) will consist of warm water and a sanitizer solution. The detergent solution will clean the surface, removing grease and dirt. The sanitizer solution will disinfect, kill bacteria, and deodorize. Change the water in these buckets frequently to avoid re-using dirty water.

  NOTE:   Combining the detergent solution with the sanitizer solution negates the disinfecting activity of the sanitizer.

- When cleaning utensils or any surface that comes directly in contact with food, always use hot water, and a three bucket system. The third bucket allows for a rinsing step. Clean using the detergent solution in hot water first, then rinse, and finally sanitize with hot water and a food service sanitizer.

- To clean dried ice cream spills, use a Scotch-Brite non-woven nylon web pad. These pads have the benefits of steel wool without the drawbacks. When using Scotch-Brite pads on painted surfaces, exercise special care. Always rub with the grain when using any scratch pad on stainless steel. Replace the Scotch-Brite pad frequently to avoid the risk of spreading bacteria from a dirty pad.

- During business hours, keep one backbar sink filled with clean detergent solution and one sink filled with clean sanitizer solution. When cleaning utensils, wash in soapy water, rinse in clear water, and follow with a two minute soak in sanitizer.

SOMG/301.1

1:06CV01536

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL CLEANING TIPS                 PAGE:  301.2

---

- After sanitizing, allow the surface or the utensil to air-dry.  Towel drying wipes off the sanitizing solution and defeats the purpose of sanitizing.

- Handiwipes are recommended as the primary wet wipe for cleaning.  Because they are thin, handiwipes hold less bacteria.  It is important to keep the handiwipes clean.  Wash, rinse, and sanitize them throughout the day.  It is also recommended that they be soaked in sanitizer periodically throughout the day.

- Paper towels are recommended as the primary dry wipe for cleaning because they possess the least chance of holding bacteria.

- When cleaning glass, use a spray glass cleaner and paper towels to avoid streaks.  Using handiwipes to clean glass or stainless steel surfaces will result in streaking.  Be careful not to spray where mist from the glass cleaner can fall on food or food contact surfaces.

- Soda water works as a very effective cleaning agent.  The carbonation in the water loosens dirt and aids in removing grime build-up.  Very effective in tight corners and on floor dirt.  Carbonated water is a non-toxic, environmentally safe cleaning agent.

**SOMG/301.2**

STORE OPERATIONS A    MANAGEMENT GUIDE

**SECTION:  CLEANLINESS/STORE APPEARANCE**          **DATE:  July 1992**
**SUBJECT:  GENERAL STANDARDS/CLEANING TIPS**        **PAGE:  302.1**

---

OUTSIDE AREA

The outside area of the store is where the customers form their first impressions about cleanliness and quality.  If the outside area is cluttered with trash, debris, and ice cream spills, potential customers will associate that appearance with the quality of the products inside the store. Missing the opportunity to make a good first impression will result in the loss of potential sales as customers choose to go elsewhere.

I.    **Exterior Sign**

      A.    General Standards

            •    Fully illuminated beginning at dusk until 30 minutes after closing.
            •    Free of cracks and holes.
            •    Paint is in good repair.
            •    Sign face should be clean and updated to reflect new logo design.

      B.    Cleaning Tips

            •    Carefully wash the sign face and sign can with warm soapy water and rinse with clear, cool water each month.  Use a UL rated safe ladder.
            •    Have the sign professionally cleaned as needed.

II.   **Canopy/Awning/Facia**

      A.    General Standards

            •    Clean; free of tears; in good repair.
            •    Reflects new logo design.

      B.    Cleaning Tips

            •    Clean monthly or when dirt build up becomes noticeable, whichever is first.  Use warm, soapy water, and rinse with cold, clear water.  Be sure to use a UL rated safe ladder.
            •    Professional steam cleaning is necessary every six months.

**SOMG/302.1**

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE                DATE:  July 1992
SUBJECT:    GENERAL STANDARDS/CLEANING TIPS             PAGE:  302.2

---

III.    **Parking Lot**

    A.    <u>General Standards</u>

- Free of litter and debris.
- Free of excessive oil spills.
- Free of large cracks or pot holes.

    B.    <u>Cleaning Tips</u>

- Sweep as needed; at least twice daily.
- Steam clean as necessary.

IV.    **Sidewalk**

    A.    <u>General Standards</u>

- Free of litter and ice cream spills.
- Chewing gum removed promptly.
- Free of damage and large cracks.

    B.    <u>Cleaning Tips</u>

- Sweep as needed; at least twice daily.
- Clean weekly with hot soapy water and a wire brush; rinse with cold, clear water.
- Steam clean as necessary.

V.    **Store Front**

    A.    <u>General Standards</u>

- Clean and bright.
- Current, correct signs displayed.
- Windows uncluttered and attractive.
- Open/Closed sign displayed.
- Overall appearance inviting.

SOMG/302.2

STORE OPERATIONS ( ) MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.3

---

    B.    <u>Cleaning Tips</u>

- Use a hose to wash off the storefront once a month (hint: do this right before window washing).

## VI.   Windows and Doors

    A.    <u>General Standards</u>

- Clean; free of smudges or streaks.
- Free of cracks, holes, etcetera.

    B.    <u>Cleaning Tips</u>

- Thoroughly clean at least once per week or more often if necessary (hint: consider contracting for this service to be performed professionally).
- Spot clean several times per day using glass cleaner and paper towels.
- Clean window and door frames weekly.

## <u>CUSTOMER AREA</u>

The customer area is where customers spend the majority of their time when shopping in the store.  This is where the product lines are displayed and where the perception of quality is solidified.  It is critical to pay close attention to the cleanliness of this area of the store.

## I.   Retail Area Floor

    A.    <u>General Standards</u>

- Clean; free of chewing gum, trash, and other debris.
- Free of cracked or broken tiles.

**SOMG/302.3**

STORE OPERATIONS AND MANAGEMENT GUIDE

| | | |
|---|---|---|
| **SECTION:** | CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** | GENERAL STANDARDS/CLEANING TIPS | **PAGE:** 302.4 |

B.    Cleaning Tips for Quarry Tile Floors

    i.    During the Day:

- Wipe up any spills quickly with a floor sponge or wrung out mop. The floors are slippery when wet so avoid the use of excessive water. Use a "wet floor" sign to warn customers of possible danger.

- Sweep the floor three to four times per day as needed with a broom.

    ii.    Nightly Care:

- Use a cleaning agent designed specifically for cleaning Quarry tile (or Ceramic tile, depending on what type floor is installed). Mix with hot water according to package directions.
- Liberally spread the solution over the floor with a mop.
- Using a long handled scrub brush, scrub the entire floor concentrating especially on the tile grout.
- Use a clean, sanitized, cotton mop to pick up the water.
- Let the floor dry thoroughly. (If the floor cleaner used is a cleaning and sanitizing solution, there is no need to sanitize a second time. However, if the cleaning solution does not contain sanitizer, it is necessary to use a clean mop and a sanitizer solution to complete the floor cleaning process.)
- Store the mop in clean, sanitizer water overnight.

    NOTE:    Do not use a sealer wax or floor finish on quarry or ceramic tile floors.

C.    Cleaning Tips for Vinyl Floors

    i.    During the Day:

- Wipe up any spills quickly with a floor sponge or wrung out mop. Use a "wet floor" sign to warn customers of possible danger. To remove stains use alcohol or an abrasive compound. *Do not use solvents such as gasoline or turpentine.*

**SOMG/302.4**

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** GENERAL STANDARDS/CLEANING TIPS | **PAGE:** 302.5 |

- Sweep the floor three to four times per day using a soft-bristled broom to remove gritty particles that can damage the finish.

   ii.   Nightly Care:

- Sweep the floor thoroughly using a soft-bristled broom.
- Use a soapless detergent and mix with hot water according to package directions. Use a clean, cotton mop to damp mop the entire floor. Do not use too much water or leave excessive water on the floor. This will cause the finish to look streaked and spotted.

   iii.   Periodic Care:

- Vinyl floors must be stripped, re-waxed, and buffed periodically to maintain a clean, shiny appearance. The floors should be buffed often using an industrial floor buffer. They should be waxed weekly, depending on traffic, and stripped and re-waxed every six months. Consult the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide* for details on these procedures.

## II. Retail Area Walls

### A. General Standards

- Clean and in good repair.
- Peeling or dirty wallpaper replaced.
- Chipped paint touched up or surface re-painted.
- Decorations (photo murals, approved silk plants) must be clean, attractive, and in good repair.

### B. Cleaning Tips

- Clean walls at least monthly or more often if necessary using the two-bucket system.
- Dust silk plants and photo murals with a dry soft cloth at least monthly.

1:06CV01542

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:**   CLEANLINESS/STORE APPEARANCE | **DATE:  July 1992** |
| **SUBJECT:**   GENERAL STANDARDS/CLEANING TIPS | **PAGE:  302.6** |

III.   **Tables and Chairs**

A.   <u>General Standards</u>

- Clean and in good repair.
- Be certain tables and chairs are sturdy and safe.

B.   <u>Cleaning Tips</u>

- Spot clean throughout the day.
- Thoroughly clean as part of the daily closing procedures.  Using the two-bucket system, clean seat cushions, chair backs, and legs.
- Clean table tops and table bases.  Check under tables and chairs for chewing gum.

IV.   **Ceiling/Ceiling Vents/Fans**

A.   <u>General Standards</u>

- Clean and free of dust build-up.
- Ceiling tiles or paint in good repair.

B.   <u>Cleaning Tips</u>

- Clean vents by sucking the dust with a wet/dry vacuum or use a soft-bristle brush.  Then use a damp handiwipe to remove dirt.
- Change air filters quarterly.
- Clean ceiling to remove ice cream and dirt as needed.
- Paint ceiling periodically, using non-toxic paints, to ensure a bright environment.
- Be certain to use a UL rated safe ladder to accomplish these procedures.

V.   **Overhead Lights/Equipment Lights**

A.   <u>General Standards</u>

- All interior store lights and all fixture lights (dipping cabinets, dessert case, upright freezers, MCT's, etcetera) must be illuminated during business hours.

1:06CV01543

STORE OPERATIONS A   MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  CLEANLINESS/STORE APPEARANCE | DATE:  July 1992 |
| SUBJECT:  GENERAL STANDARDS/CLEANING TIPS | PAGE:  302.7 |

---

- Replace burnt out fluorescent tubes and light bulbs immediately.
- All safety shields must be in place to prevent product contamination in case of breakage. Be sure to place night covers over ice cream tubs before changing light bulbs.

B.   Cleaning Tips

- Clean light fixtures only after they have cooled completely to avoid breakage. Use the wet/dry vacuum or a damp handiwipe to clean. Be sure to use a UL rated safe step ladder.

VI.   **Trash Cans**

A.   General Standards

- Clean, sanitary, and in good repair.

B.   Cleaning Tips

- Empty both the interior and exterior trash cans several times throughout the day. (*Do not take trash out to dumpster after dusk.*)
- Using the two-bucket system, thoroughly clean the trash cans as part of the closing procedures. Pay particular attention to both sides of the "PUSH" door and to the metal ledge inside the "PUSH" door.
- Remove any spills from the floor of the trash can promptly.
- Move the trash cans periodically to clean the floor underneath.

VII.   **Dipping Cabinets**

A.   General Standards

- Must be sparkling clean inside and out.
- Display taste spoons in taste spoon holders in dipping cabinets.
- Display "Light Center" decal and other appropriate signing.
- Each tub position must be filled.
- Each tub must be scraped down and level with at least three inches of ice cream remaining. Rims should be clean.
- Frost level on the wall of the dipping cabinets must not exceed one-half inch.

SOMG/302.7

STORE OPERATION. .ND MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE         DATE:  July 1992
SUBJECT:    GENERAL STANDARDS/CLEANING TIPS      PAGE:  302.8

---

    B.    <u>Cleaning Tips</u>

- Defrost, clean, and sanitize when frost level exceeds one-half inch. (For details on dipping cabinet defrosting procedures, consult the section of this manual entitled, "Sanitation and Maintenance.")
- Remove any spilled ice cream or debris between tubs as required.
- Clean interior glass carefully. Place night covers over exposed tubs. Spray glass cleaner onto paper towel, away from product and not directly onto surface of glass.
- Clean exterior glass several times throughout the day to remove smudges and spills.
- Clean exterior cabinet surfaces nightly using the two-bucket system. Remove scuff marks as necessary.

**VIII.  Freezer Strips and Holders**

    A.    <u>General Standards</u>

- Each flavor must be identified by the appropriate, most recent, freezer strip.
- Handmade freezer strips are not acceptable.
- Freezer strips and freezer strip holders must be clean and in good repair, not cracked, chipped or otherwise damaged.

    B.    <u>Cleaning Tips</u>

- Clean freezer strips and freezer strip holders as needed.
- Thoroughly clean freezer strips and holders when defrosting. Remove freezer strip tags from freezer strip holders and clean using the two-bucket system.
- For stubborn or hard to reach stains, soak freezer strip holders in soda water overnight.

**IX.  Dessert Case/Upright Freezer/MCT**

    A.    <u>General Standards</u>

- Must be sparkling clean inside and out.
- Keep completely and attractively stocked. Refer to plan-o-gram for details.

**SOMG/302.8**

1:06CV01545

STORE OPERATIONS A   MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** GENERAL STANDARDS/CLEANING TIPS | **PAGE:** 302.9 |

- Current signing and photo flip should be displayed.
- Handwritten signs are not acceptable.

B. <u>Cleaning Tips</u>

- Defrost, clean, and sanitize monthly.  Refer to the section of this manual entitled, "Sanitation and Maintenance" for details on this procedure.
- Remove nuts and debris from interior of display cases as required.
- Keep interior and exterior glass sparkling.
- Clean exterior surfaces nightly using the two-bucket system.
- Clean scuff marks as required.

X. **In-store signing**

A. <u>General Standards</u>

- Permanent signing (including back-lit, photo flip display, birthday display, etcetera) clean and in good repair; free of cracks, breaks, rusting.
- All temporary or promotional signing should be current and should accurately reflect current promotions.  Refer to the "Action Planner" calendar in the merchandising kit for information on current required signing.
- Handwritten signs of any kind are not permitted.

B. <u>Cleaning Tips</u>

- Clean interior and exterior of back-lit menu system monthly using a damp handiwipe.

XI. **Rest Rooms**

A. <u>General Standards</u>

- Sparkling clean and sanitary.

**SOMG/302.9**

STORE OPERATION. .ND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.10

---

- Fully stocked with toilet paper, paper towels, and soap; all in approved dispensers.
- Fan installed and operational.

B.   Cleaning Tips

- Spot clean throughout the day.
- Clean thoroughly each night using the two-bucket system.
- Use separate buckets to clean the bathroom. Do not use the same buckets that are used to clean other surfaces in the store.


## BACKBAR AREA

The backbar area is equivalent to the "food preparation" area of a restaurant. This area requires special care to ensure that all food service sanitation conditions are stringently adhered to. Cleaning and sanitizing in this area is critical to ensuring the safety of the products served and in meeting the customers' expectations.

I.   **Countertops/Dessert Prep Area**

A.   General Standards

- Clean, sanitary, free of clutter.
- In good repair with no chips, cracks, or exposed bare wood.
- Necessary items neatly arranged.

B.   Cleaning Tips

- Spot clean as needed throughout the day using a damp, clean, sanitized handiwipe.
- Move small equipment and other supplies on backbar counters and thoroughly clean nightly using the two-bucket system.
- Do not use an abrasive cleaner or scouring pad on stainless steel as these cleaning agents will scratch the surface.

1:06CV01547

STORE OPERATIONS AND MANAGEMENT GUIDE

| | | |
|---|---|---|
| **SECTION:** | CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** | GENERAL STANDARDS/CLEANING TIPS | **PAGE:** 302.11 |

---

II.  **Cabinet Faces**

    A.  <u>General Standards</u>

- Clean and in good repair.
- No chips, cracks, or exposed bare wood.

    B.  <u>Cleaning Tips</u>

- Wipe up spills as they occur throughout the day.
- Clean nightly using the two-bucket system.
- Avoid using an abrasive cleaner or scouring pad on painted cabinet faces as these cleaning agents may damage painted surfaces.

III.  **Fountain**

    A.  <u>General Standards</u>

- Must be neat, clean, sanitary, odor free, and in good working order.
- Fountain syrup rail must be clean, sanitary, odor free, and have no more than a thin layer of frost.
- Sinks and refrigerator must be clean, sanitary, and free of odor.

    B.  <u>Cleaning Tips</u>

- Defrost, clean, and sanitize the syrup rail and the syrup crocks weekly. For details on this procedure, refer to the section of this manual entitled, "Sanitation and Maintenance."
- Defrost, clean, and sanitize the fountain refrigerator every other week. For details on this procedure, refer to the section of this manual entitled, "Sanitation and Maintenance."
- Wipe up spills in the syrup rail and the fountain refrigerator as they occur.
- Empty strawberry and pineapple topping crocks nightly. Store remaining topping in clean, sanitized plastic container in the refrigerator. Wash, rinse, sanitize, and air-dry topping crocks.

1:06CV01548

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:**   CLEANLINESS/STORE APPEARANCE | **DATE:**   July 1992 |
| **SUBJECT:**   GENERAL STANDARDS/CLEANING TIPS | **PAGE:**   302.12 |

IV.   **Splash Shelf**

    A.   Underline_General Standards

- Must be clean and sanitary with all items neatly arranged.

    B.   Cleaning Tips

- Clean daily using the two-bucket system.
- The wax from the paper cups often flakes off onto the splash shelf creating a thin coating of wax that attracts dust and dirt. The use of an abrasive cleaner may be necessary to remove this wax coating. Be certain to thoroughly rinse abrasive cleaner from the surface.

V.   **Small Equipment**

    A.   General Standards

- All electrical equipment and appliances must be clean and in good working order.
- All miscellaneous equipment (cone holders, napkin dispensers, cover carousel, spoon and straw holders, cash registers, etcetera) must be clean, sanitary, and in good repair.

    B.   Cleaning Tips

- Spot clean small equipment as needed.
- Take the toppings warmers apart, discard any remaining topping, and clean thoroughly each week. For details on this procedure, consult section "Sanitation and Maintenance" of this manual.
- Remove the dispensing nozzles from the soft drink system nightly and clean thoroughly using the small wire brush supplied for this purpose. Soak the nozzles in soda water overnight.
- Sanitizer and hot water should be poured down the soft drink system drain nightly.
- All small equipment must be thoroughly cleaned using the two-bucket system weekly or more often if needed.

1:06CV01549

STORE OPERATIONS A   MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.13

---

- Consult the appropriate chapters of the "Sanitation and Maintenance" section of this manual and the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide* for detailed cleaning procedures of small equipment.
- Periodically turn cash registers off and wipe them with a damp handiwipe. Take care not to allow moisture to seap between the keys.
- Take the tub cutter apart nightly. Wash, rinse, and sanitize all parts. Take extra precautions in cleaning the blade. All parts should be left to air-dry except the blade. Gently and carefully wipe the blade dry to prevent it from rusting. Replace the blade at the first sign of rusting or dulling.
- All equipment that comes directly in contact with product, including scoops, spades, dipperwell racks, ladles, malt cups, teaspoons, pineapple and strawbery topping crocks, etcetera, must be cleaned nightly using the three-bucket system (wash, rinse, sanitize) and left to air-dry overnight.

VI.   **Backbar Walls**

A.   <u>General Standards</u>

- Must be clean and in good repair.
- Paint and wallpaper repaired/replaced as necessary.
- Handwritten and other unauthorized signs are not permitted.

B.   <u>Cleaning Tips</u>

- Spot clean throughout the day as necessary.
- Thoroughly clean, from floor to ceiling, at least monthly using the two-bucket system.

VII.  **Door to the back room**

A.   <u>General Standards</u>

- Must be clean and in good repair.
- Must remain closed during business hours.
- Do not post any signs, notes to employees, etcetera, that clutter or create an unsightly appearance to customer area.

1:06CV01550

STORE OPERATION. .ND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.14

---

B.    <u>Cleaning Tips</u>

- Wipe periodically throughout the day as needed using a damp handiwipe. Do not use the same handiwipe that is used in food preparation areas.
- Clean thoroughly at night using the two-bucket system.

## VIII.   Backbar Signs

A.    <u>General Standards</u>

- Must be clean, free of dust and in good repair.
- Back-lit menu system should be fully illuminated.
- Signs should accurately reflect current promotions.
- Flavor board should accurately reflect current, available flavors.
- Baskin-Robbins logo clock should be displayed.
- Photo flip and Birthday Club sign-up display should be visible, accessible, and in good repair.  Be sure to clean the photo flip and the Birthday Club sign-up display daily using a damp handiwipe.

B.    <u>Cleaning Tips</u>

- Spot clean as necessary using a damp handiwipe.
- Thoroughly clean all signs at least monthly using warm soapy water and rinsing with cold, clear water.
- Window cleaner and paper towels can be used to clean the back-lit menu system to avoid streaking.  Take precautions to ensure that the mist from the spray does not fall on food or food contact surfaces.

## IX.   Dipper Wells/Floor Sinks

A.    <u>General Standards</u>

- Must be fully operative, clean, sanitary, free of odor, and free of milk fat deposits.
- Dipper wells must be sparkling clean to ensure minimal risk of bacteria growth.

1:06CV01551

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** GENERAL STANDARDS/CLEANING TIPS | **PAGE:** 302.15 |

B.  Cleaning Tips

- Drain and clean dipper wells as needed throughout the day.
- Clean dipper wells nightly using the three-bucket system (wash, rinse, sanitize).
- Use a non-abrasive cleanser to remove butterfat as needed.  Rinse well.
- Clean behind dipper well water spickets.
- Clean dipper well racks with a toothbrush and very hot water nightly to remove butterfat.  Follow with a wash, rinse, and sanitize.
- Use a liquid drain opener weekly to remove clogs.
- Flush out floor sinks with hot water and sanitizer solution nightly.  Use a liquid drain opener weekly.
- Scour the floor sinks with an abrasive cleaner at least twice weekly.
- Do not use a crystal drain opener for floor sinks or dipper wells as it may damage the pipes.

X.  **Backbar Floor**

A.  General Standards

- Must be clean; free of litter and spills.
- Must be safe; free of cracks and loose tiles.

B.  Cleaning Tips

- Sweep and spot mop as needed throughout the day.
- For nightly care, refer to the information on floor care previously discussed in this chapter.
- Be certain to keep floors under equipment clean and sanitary.

XI.  **Overall Appearance**

A.  General Standards

- The entire retail area and backbar area visible to customers must be clean, safe, and inviting.

SOMG/302.15

1:06CV01552

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:    GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.16

---

- Unauthorized signs and decorations of any kind are not permitted, including but not limited to: out-of-date or excessive number of Baskin-Robbins signs, any signs not authorized by Prime Lessor, any signs not approved by Baskin-Robbins, handmade signs, notes to employees, bulletin boards, plants, unauthorized trophies, plaques or awards, calendars, etcetera.

B.    Cleaning Tips

- It is suggested that a calendar be used to assign biweekly, weekly, semiweekly, monthly, and quarterly maintenance and cleaning tasks. This will allow all of the cleaning tasks to get accomplished on a regular basis with a minimum amount of management.

## YOGURT AREA

Maintaining cleanliness standards in the yogurt area is critical to ensuring the integrity of the product. Because Baskin-Robbins yogurt contains a live yogurt culture, certain safeguards have been built into the cleaning and sanitation of the yogurt equipment. It is imperative that these procedures be followed closely in order to prevent overly accelerated bacteria growth. Consult the *Baskin-Robbins Frozen Yogurt Operational/Training Guide* for step-by-step detailed instructions on cleaning and sanitizing the yogurt machines.

I.    **Yogurt Machines**

A.    General Standards

- Must be cleaned exactly according to the procedures outlined in the *Baskin-Robbins Frozen Yogurt Operational/Training Guide.*
- Must be taken apart, cleaned, and sanitized at least every other day or more often if local or state laws require.

SOMG/302.16

1:06CV01553

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.17

B.   Cleaning Tips

- Yogurt machines must be drained of any remaining yogurt, rinsed thoroughly, sanitized with the approved yogurt sanitizer, and taken apart. These parts are then washed in detergent, rinsed in clear water, sanitized in food service sanitizer, left to air-dry overnight, put back together, and sanitized a second time with the approved yogurt sanitizer every other day per Baskin-Robbins requirements, or more often as required by local or state law.
- Upon disassembly, all O-rings, gaskets, seals, and scraper blades should be removed and checked for cracks. If any part is found to have a crack or tear, it must be immediately replaced. Gaskets and O-rings are replaced at a minimum of every three months per the manufacturer's recommendations.
- Only approved yogurt sanitizer can be used to sanitize the equipment and only the approved lubricant can be used to lubricate parts.
- The drip pan located on the side of the machine should be checked and cleaned daily. If excessive yogurt drips appear, it may be an indication of a poorly lubricated drive shaft seal or a damaged drive shaft seal.

II.   **Toppings Center**

A.   General Standards

- Must be clean and attractive.
- Each topping container must be fully stocked to the brim of the container.
- Toppings must be rotated daily. Stale toppings must be removed and replaced with fresh toppings.
- Toppings center refrigerator must be clean and sanitary.

- Toppings center must display all of the required toppings:

  - candy bar (Snickers type)      - M&M Peanut
  - cookies (Oreo type)             - Reese's Peanut Butter Cups
  - granola                         - sprinkles
  - gummy bears                       (chocolate/rainbow)
  - M&M Plain                 - two types of fresh or IQF fruit

1:06CV01554

STORE OPERATIONS AND MANAGEMENT GUIDE

**SECTION:** CLEANLINESS/STORE APPEARANCE       **DATE:** July 1992
**SUBJECT:** GENERAL STANDARDS/CLEANING TIPS     **PAGE:** 302.18

---

B.    Cleaning Tips

- Spot clean toppings center throughout the day as needed.
- Empty topping crocks, wash, rinse, and sanitize at least weekly.
- Clean the cold plate surface under the topping crocks daily using the two-bucket system.
- Empty toppings center refrigerator and clean and sanitize at least weekly.
- Avoid the use of an abrasive cleaner or scouring pad when cleaning the toppings center as these cleaning agents may scratch the paint.

## BACK ROOM/STORAGE AREAS

Although customers are generally not exposed to the back room of the store, the cleanliness and organization of the back room can certainly impact customer service. A poorly organized back room means increased time spent re-stocking. An unsanitary back room is prime breeding ground for ants, roaches, and rodents.

I.    **Organization/Sanitation**

A.    General Standards

- The back room should be well-organized. Paper supplies, fountain supplies, etcetera, should be easy to find and accessible.
- Shelves should be labeled and appropriately reflect the stock contained therein.
- All food related products must be kept at least six inches off of the floor.
- All cleaning supplies must be stored separately from any food related product.

- All trash should be promptly removed and discarded of appropriately. However, for safety reasons, do not take trash out to dumpster after dusk.

B.    Cleaning Tips

- Sweep and mop floors nightly.
- Do not leave food out or exposed overnight.
- Patch holes and paint walls as needed.

1:06CV01555

STORE OPERATIONS A   MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.19

---

STORAGE FREEZERS

As with the back room, the storage freezers are not an area of the store that customers are directly exposed to.  However, organization, cleanliness, and sanitation in the walk-in and other storage freezers are critical to maintaining the quality and integrity of the frozen products that bring customers into the store.

I.    **Organization/Sanitation**

   A.    General Standards

   - Storage freezers and walk-ins should be organized and the products should be easily accessible.
   - Labeling shelves will aid in finding product quickly when re-stocking and in putting stock away when delivered.
   - Walk-ins should have a clear pathway to avoid injury from tripping.
   - All product must be stored at least six inches off of the floor of the walk-in.
   - Remove any ice from the floor of the walk-in immediately to avoid injury from slipping.
   - Storage freezers must maintain a minimum temperature of -15° Fahrenheit at all times to ensure product quality and to maximize shelf life of frozen products.

   B.    Cleaning Tips

   - Although they are equipped with an automatic defrost cycle, upright storage freezers must be shut down and cleaned monthly using the two-bucket system.  For details on these procedures refer to the section of this manual entitled, "Sanitation and Maintenance."
   - Although it is impractical to shut down the walk-in freezer to clean, it is important to maintain a sanitary condition.
   - Spills on the floor of the walk-in can be cleaned by using a putty knife to scrape up the spill after it has frozen.

1:06CV01556

STORE OPERATION: AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:**  CLEANLINESS/STORE APPEARANCE | **DATE:  July 1992** |
| **SUBJECT:**  GENERAL STANDARDS/CLEANING TIPS | **PAGE:  302.20** |

- Cleaning the entire floor of the walk-in can only be accomplished with the aid of a "low temperature floor cleaner." There is very little odor associated with the cleaner so it should not harm the ice cream or pose a threat to employees. Most restaurant janitorial supply companies carry such a cleaner. Never use any other form of liquid to attempt to clean the walk-in.

- Vacuum and clean cooling units on all storage freezers monthly to maximize peak operating efficiency at the lowest cost. Freezers must be turned off to complete this task.

**SOMG/302.20**

1:06CV01557

STORE OPERATIONS A.    MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE                DATE:  July 1992
SUBJECT:    CLEANING CHECKLISTS                          PAGE:  303.1

---

### CLEANING CHECKLISTS

On the next several pages, you will find copies of cleaning checklists that have been developed for use in the stores.  These checklists cover the basic cleaning tasks associated with the following procedures:

- **Store Opening Procedures**

- **Store Closing Procedures**

- **Yogurt Closing Procedures**

- **Continuous Business Hours Cleaning Checklist**

In addition to these procedural checklists, you will also find a copy of the "Put Yourself in Your Customers' Footsteps" checklist.  This program was introduced to address cleanliness specifically from the customers' perspective.  It is a short, easy to follow checklist that allows employees to periodically review the store over the course of the day to determine the store's readiness to receive customers.  Pads of the "Put Yourself in Your Customers' Footsteps" checklists are available, free of charge, from Accommodation Stock (stock # 82644).

Many Franchisees have found the use of checklists to be advantageous in assisting employees in completing all of the required daily cleaning procedures.  Store Owners are encouraged to expand on the contents of the lists as required to ensure exceptional standards of cleanliness.

**SOMG/303.1**

STORE OPERATION AND MANAGEMENT GUIDE

SECTION: SERVICE                                    DATE: July 1992
SUBJECT: DRESS STANDARDS                            PAGE: 205.1

---

## UNIFORM REQUIREMENTS

### The following uniform standards must be adhered to:

| | |
|---|---|
| Pants/Shorts: | Baskin-Robbins pants or shorts in khaki (tan) or navy blue only. |
| Skirt: | Baskin-Robbins skirt in khaki (tan) only. |
| Shirt: | Baskin-Robbins pink or white polo-style T-shirt with logo on left sleeve only. Managers should wear the pink or white Manager's shirt. |
| Hat: | Baskin-Robbins baseball-style hat or visor. Refer below to grooming standards section for specifics. |
| Apron: | Baskin-Robbins butcher-style only. |
| Name tag: | Baskin-Robbins standard name tag, with legible name. |
| Shoes: | Closed-toe and heels, heels less than one inch, in white, brown, or black only. |
| Jacket: | Baskin-Robbins logo jacket in white only is an optional accessory. |

### The following grooming standards should be followed:

- Hair longer than one inch over the ears down the back must be completely contained so that no hair is allowed to fall loose around the face. Hair nets are required by some local health ordinances.
- Moustaches and beards must be trimmed.
- Make-up should be minimal.
- Jewelry should be minimal.
- Uniforms must be clean and in good repair.
- Personal hygiene is a priority.

SOMG/205.1

SECTION:  CLEANLINESS/STORE APPEARANCE      DATE:  July 1992
SUBJECT:  INTRODUCTION      PAGE:  300.1

---

## CLEANLINESS/STORE APPEARANCE

The cleanliness and overall ambience of every Baskin-Robbins store is paramount to the success of each individual store as well as to the success of the system.

Keeping the store clean and in good repair is the responsibility of every employee. Overseeing the cleaning efforts of the staff is the responsibility of the Owner/Manager.

It is a well known fact that customers simply prefer to shop in a clean environment. This is especially true in the restaurant industry. Customers expect certain levels of cleanliness in the restaurants where they choose to eat. And in the competitive food service industry, if customers do not perceive a store as a clean environment, they can and will take their business elsewhere.

Customers' first impressions of the store are generally formed within the first few seconds. This first impression should present a positive image and should adequately reflect the quality of the products we sell.

This section of the manual will address the cleanliness of the store from the customers' perspective and will provide checklists that will assist in ensuring that the store is ready to receive customers.

For more detailed information on the cleaning, care, and maintenance of *equipment* (dipping cabinets, freezers, small equipment, etcetera), consult the section of this manual entitled "Sanitation and Maintenance" beginning on page 1100.1. For additional reference on store cleaning and maintenance, also consult the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide.*

1:06CV01560

Case 1:06-cv-01482-EGS    Document 24    Filed 08/24/2006    Page 29 of 97

SECTION:  CLEANLINESS/STORE APPEARANCE
SUBJECT:  GENERAL CLEANING TIPS

DATE:  July 1992
PAGE:  301.1

# GENERAL CLEANING TIPS

The guidelines listed here are intended to assist the Owner/Manager and the employees of the store in accurately assessing the operation of the store as it relates to Baskin-Robbins' standards and to customer expectations. The overall objective is the maintenance of every Baskin-Robbins store as a clean, attractive, and sanitary environment where customers will enjoy coming and employees will feel comfortable working.

## GENERAL CLEANING TIPS

- When cleaning surfaces that do not come directly in contact with any food, use a two-bucket system. The first bucket (or sink) will consist of hot water and a detergent. The second bucket (or sink) will consist of warm water and a sanitizer solution. The detergent solution will clean the surface, removing grease and dirt. The sanitizer solution will disinfect, kill bacteria, and deodorize. Change the water in these buckets frequently to avoid re-using dirty water.

  NOTE:    Combining the detergent solution with the sanitizer solution negates the disinfecting activity of the sanitizer.

- When cleaning utensils or any surface that comes directly in contact with food, always use hot water, and a three bucket system. The third bucket allows for a rinsing step. Clean using the detergent solution in hot water first, then rinse, and finally sanitize with hot water and a food service sanitizer.

- To clean dried ice cream spills, use a Scotch-Brite non-woven nylon web pad. These pads have the benefits of steel wool without the drawbacks. When using Scotch-Brite pads on painted surfaces, exercise special care. Always rub with the grain when using any scratch pad on stainless steel. Replace the Scotch-Brite pad frequently to avoid the risk of spreading bacteria from a dirty pad.

- During business hours, keep one backbar sink filled with clean detergent solution and one sink filled with clean sanitizer solution. When cleaning utensils, wash in soapy water, rinse in clear water, and follow with a two minute soak in sanitizer.

1:06CV01561

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** CLEANLINESS/STORE APPEARANCE | **DATE:** July 1992 |
| **SUBJECT:** GENERAL CLEANING TIPS | **PAGE:** 301.2 |

- After sanitizing, allow the surface or the utensil to air-dry. Towel drying wipes off the sanitizing solution and defeats the purpose of sanitizing.

- Handiwipes are recommended as the primary wet wipe for cleaning. Because they are thin, handiwipes hold less bacteria. It is important to keep the handiwipes clean. Wash, rinse, and sanitize them throughout the day. It is also recommended that they be soaked in sanitizer periodically throughout the day.

- Paper towels are recommended as the primary dry wipe for cleaning because they possess the least chance of holding bacteria.

- When cleaning glass, use a spray glass cleaner and paper towels to avoid streaks. Using handiwipes to clean glass or stainless steel surfaces will result in streaking. Be careful not to spray where mist from the glass cleaner can fall on food or food contact surfaces.

- Soda water works as a very effective cleaning agent. The carbonation in the water loosens dirt and aids in removing grime build-up. Very effective in tight corners and on floor dirt. Carbonated water is a non-toxic, environmentally safe cleaning agent.

**SOMG/301.2**

1:06CV01562

STORE OPERATIONS A  ) MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  CLEANLINESS/STORE APPEARANCE | DATE:  July 1992 |
| SUBJECT:  GENERAL STANDARDS/CLEANING TIPS | PAGE:  302.1 |

---

OUTSIDE AREA

The outside area of the store is where the customers form their first impressions about cleanliness and quality. If the outside area is cluttered with trash, debris, and ice cream spills, potential customers will associate that appearance with the quality of the products inside the store. Missing the opportunity to make a good first impression will result in the loss of potential sales as customers choose to go elsewhere.

I.    **Exterior Sign**

    A.    General Standards

- Fully illuminated beginning at dusk until 30 minutes after closing.
- Free of cracks and holes.
- Paint is in good repair.
- Sign face should be clean and updated to reflect new logo design.

    B.    Cleaning Tips

- Carefully wash the sign face and sign can with warm soapy water and rinse with clear, cool water each month. Use a UL rated safe ladder.
- Have the sign professionally cleaned as needed.

II.    **Canopy/Awning/Facia**

    A.    General Standards

- Clean; free of tears; in good repair.
- Reflects new logo design.

    B.    Cleaning Tips

- Clean monthly or when dirt build up becomes noticeable, whichever is first. Use warm, soapy water, and rinse with cold, clear water. Be sure to use a UL rated safe ladder.
- Professional steam cleaning is necessary every six months.

**SOMG/302.1**

1:06CV01563

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:    GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.2

---

III.    **Parking Lot**

    A.    <u>General Standards</u>

- Free of litter and debris.
- Free of excessive oil spills.
- Free of large cracks or pot holes.

    B.    <u>Cleaning Tips</u>

- Sweep as needed; at least twice daily.
- Steam clean as necessary.

IV.    **Sidewalk**

    A.    <u>General Standards</u>

- Free of litter and ice cream spills.
- Chewing gum removed promptly.
- Free of damage and large cracks.

    B.    <u>Cleaning Tips</u>

- Sweep as needed; at least twice daily.
- Clean weekly with hot soapy water and a wire brush; rinse with cold, clear water.
- Steam clean as necessary.

V.    **Store Front**

    A.    <u>General Standards</u>

- Clean and bright.
- Current, correct signs displayed.
- Windows uncluttered and attractive.
- Open/Closed sign displayed.
- Overall appearance inviting.

1:06CV01564

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.3

---

B.   <u>Cleaning Tips</u>

- Use a hose to wash off the storefront once a month (hint: do this right before window washing).

VI.   **Windows and Doors**

A.   <u>General Standards</u>

- Clean; free of smudges or streaks.
- Free of cracks, holes, etcetera.

B.   <u>Cleaning Tips</u>

- Thoroughly clean at least once per week or more often if necessary (hint: consider contracting for this service to be performed professionally).
- Spot clean several times per day using glass cleaner and paper towels.
- Clean window and door frames weekly.

<u>CUSTOMER AREA</u>

The customer area is where customers spend the majority of their time when shopping in the store. This is where the product lines are displayed and where the perception of quality is solidified. It is critical to pay close attention to the cleanliness of this area of the store.

I.   **Retail Area Floor**

A.   <u>General Standards</u>

- Clean; free of chewing gum, trash, and other debris.
- Free of cracked or broken tiles.

**SOMG/302.3**

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.4

---

B.    Cleaning Tips for Quarry Tile Floors

   i.    During the Day:

   - Wipe up any spills quickly with a floor sponge or wrung out mop. The floors are slippery when wet so avoid the use of excessive water. Use a "wet floor" sign to warn customers of possible danger.

   - Sweep the floor three to four times per day as needed with a broom.

   ii.    Nightly Care:

   - Use a cleaning agent designed specifically for cleaning Quarry tile (or Ceramic tile, depending on what type floor is installed). Mix with hot water according to package directions.
   - Liberally spread the solution over the floor with a mop.
   - Using a long handled scrub brush, scrub the entire floor concentrating especially on the tile grout.
   - Use a clean, sanitized, cotton mop to pick up the water.
   - Let the floor dry thoroughly. (If the floor cleaner used is a cleaning and sanitizing solution, there is no need to sanitize a second time. However, if the cleaning solution does not contain sanitizer, it is necessary to use a clean mop and a sanitizer solution to complete the floor cleaning process.)
   - Store the mop in clean, sanitizer water overnight.

   NOTE:    Do not use a sealer wax or floor finish on quarry or ceramic tile floors.

C.    Cleaning Tips for Vinyl Floors

   i.    During the Day:

   - Wipe up any spills quickly with a floor sponge or wrung out mop. Use a "wet floor" sign to warn customers of possible danger. To remove stains use alcohol or an abrasive compound. *Do not use solvents such as gasoline or turpentine.*

SOMG/302.4

1:06CV01566

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.5

---

- Sweep the floor three to four times per day using a soft-bristled broom to remove gritty particles that can damage the finish.

    ii.   Nightly Care:

- Sweep the floor thoroughly using a soft-bristled broom.
- Use a soapless detergent and mix with hot water according to package directions. Use a clean, cotton mop to damp mop the entire floor. Do not use too much water or leave excessive water on the floor. This will cause the finish to look streaked and spotted.

    iii.   Periodic Care:

- Vinyl floors must be stripped, re-waxed, and buffed periodically to maintain a clean, shiny appearance. The floors should be buffed often using an industrial floor buffer. They should be waxed weekly, depending on traffic, and stripped and re-waxed every six months. Consult the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide* for details on these procedures.

## II.   Retail Area Walls

   A.   <u>General Standards</u>

- Clean and in good repair.
- Peeling or dirty wallpaper replaced.
- Chipped paint touched up or surface re-painted.
- Decorations (photo murals, approved silk plants) must be clean, attractive, and in good repair.

   B.   <u>Cleaning Tips</u>

- Clean walls at least monthly or more often if necessary using the two-bucket system.
- Dust silk plants and photo murals with a dry soft cloth at least monthly.

1:06CV01567

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  CLEANLINESS/STORE APPEARANCE | DATE:  July 1992 |
| SUBJECT:  GENERAL STANDARDS/CLEANING TIPS | PAGE:  302.6 |

---

III.   **Tables and Chairs**

    A.   <u>General Standards</u>

- Clean and in good repair.
- Be certain tables and chairs are sturdy and safe.

    B.   <u>Cleaning Tips</u>

- Spot clean throughout the day.
- Thoroughly clean as part of the daily closing procedures. Using the two-bucket system, clean seat cushions, chair backs, and legs.
- Clean table tops and table bases. Check under tables and chairs for chewing gum.

IV.   **Ceiling/Ceiling Vents/Fans**

    A.   <u>General Standards</u>

- Clean and free of dust build-up.
- Ceiling tiles or paint in good repair.

    B.   <u>Cleaning Tips</u>

- Clean vents by sucking the dust with a wet/dry vacuum or use a soft-bristle brush. Then use a damp handiwipe to remove dirt.
- Change air filters quarterly.
- Clean ceiling to remove ice cream and dirt as needed.
- Paint ceiling periodically, using non-toxic paints, to ensure a bright environment.
- Be certain to use a UL rated safe ladder to accomplish these procedures.

V.   **Overhead Lights/Equipment Lights**

    A.   <u>General Standards</u>

- All interior store lights and all fixture lights (dipping cabinets, dessert case, upright freezers, MCT's, etcetera) must be illuminated during business hours.

**SOMG/302.6**

1:06CV01568

STORE OPERATIONS A·   MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.7

---

- Replace burnt out fluorescent tubes and light bulbs immediately.
- All safety shields must be in place to prevent product contamination in case of breakage. Be sure to place night covers over ice cream tubs before changing light bulbs.

B.   Cleaning Tips

- Clean light fixtures only after they have cooled completely to avoid breakage. Use the wet/dry vacuum or a damp handiwipe to clean. Be sure to use a UL rated safe step ladder.

VI.   **Trash Cans**

A.   General Standards

- Clean, sanitary, and in good repair.

B.   Cleaning Tips

- Empty both the interior and exterior trash cans several times throughout the day. (*Do not take trash out to dumpster after dusk.*)
- Using the two-bucket system, thoroughly clean the trash cans as part of the closing procedures. Pay particular attention to both sides of the "PUSH" door and to the metal ledge inside the "PUSH" door.
- Remove any spills from the floor of the trash can promptly.
- Move the trash cans periodically to clean the floor underneath.

VII.   **Dipping Cabinets**

A.   General Standards

- Must be sparkling clean inside and out.
- Display taste spoons in taste spoon holders in dipping cabinets.
- Display "Light Center" decal and other appropriate signing.
- Each tub position must be filled.
- Each tub must be scraped down and level with at least three inches of ice cream remaining. Rims should be clean.
- Frost level on the wall of the dipping cabinets must not exceed one-half inch.

1:06CV01569

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.8

---

B.   <u>Cleaning Tips</u>

- Defrost, clean, and sanitize when frost level exceeds one-half inch.  (For details on dipping cabinet defrosting procedures, consult the section of this manual entitled, "Sanitation and Maintenance.")
- Remove any spilled ice cream or debris between tubs as required.
- Clean interior glass carefully.  Place night covers over exposed tubs. Spray glass cleaner onto paper towel, away from product and not directly onto surface of glass.
- Clean exterior glass several times throughout the day to remove smudges and spills.
- Clean exterior cabinet surfaces nightly using the two-bucket system. Remove scuff marks as necessary.

VIII.  **Freezer Strips and Holders**

A.   <u>General Standards</u>

- Each flavor must be identified by the appropriate, most recent, freezer strip.
- Handmade freezer strips are not acceptable.
- Freezer strips and freezer strip holders must be clean and in good repair, not cracked, chipped or otherwise damaged.

B.   <u>Cleaning Tips</u>

- Clean freezer strips and freezer strip holders as needed.
- Thoroughly clean freezer strips and holders when defrosting.  Remove freezer strip tags from freezer strip holders and clean using the two-bucket system.
- For stubborn or hard to reach stains, soak freezer strip holders in soda water overnight.

IX.  **Dessert Case/Upright Freezer/MCT**

A.   <u>General Standards</u>

- Must be sparkling clean inside and out.
- Keep completely and attractively stocked.  Refer to plan-o-gram for details.

SOMG/302.8

1:06CV01570

STORE OPERATIONS A    MANAGEMENT GUIDE

SECTION:  CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:  GENERAL STANDARDS/CLEANING TIPS        PAGE:  302.9

---

- Current signing and photo flip should be displayed.
- Handwritten signs are not acceptable.

B.  Cleaning Tips

- Defrost, clean, and sanitize monthly. Refer to the section of this manual entitled, "Sanitation and Maintenance" for details on this procedure.
- Remove nuts and debris from interior of display cases as required.
- Keep interior and exterior glass sparkling.
- Clean exterior surfaces nightly using the two-bucket system.
- Clean scuff marks as required.

X.  **In-store signing**

A.  General Standards

- Permanent signing (including back-lit, photo flip display, birthday display, etcetera) clean and in good repair; free of cracks, breaks, rusting.
- All temporary or promotional signing should be current and should accurately reflect current promotions. Refer to the "Action Planner" calendar in the merchandising kit for information on current required signing.
- Handwritten signs of any kind are not permitted.

B.  Cleaning Tips

- Clean interior and exterior of back-lit menu system monthly using a damp handiwipe.

XI.  **Rest Rooms**

A.  General Standards

- Sparkling clean and sanitary.

SOMG/302.9

1:06CV01571

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:    CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:    GENERAL STANDARDS/CLEANING TIPS       PAGE:  302.10

---

- Fully stocked with toilet paper, paper towels, and soap; all in approved dispensers.
- Fan installed and operational.

B.    Cleaning Tips

- Spot clean throughout the day.
- Clean thoroughly each night using the two-bucket system.
- Use separate buckets to clean the bathroom.  Do not use the same buckets that are used to clean other surfaces in the store.

## BACKBAR AREA

The backbar area is equivalent to the "food preparation" area of a restaurant.  This area requires special care to ensure that all food service sanitation conditions are stringently adhered to.  Cleaning and sanitizing in this area is critical to ensuring the safety of the products served and in meeting the customers' expectations.

I.    **Countertops/Dessert Prep Area**

A.    General Standards

- Clean, sanitary, free of clutter.
- In good repair with no chips, cracks, or exposed bare wood.
- Necessary items neatly arranged.

B.    Cleaning Tips

- Spot clean as needed throughout the day using a damp, clean, sanitized handiwipe.
- Move small equipment and other supplies on backbar counters and thoroughly clean nightly using the two-bucket system.
- Do not use an abrasive cleaner or scouring pad on stainless steel as these cleaning agents will scratch the surface.

1:06CV01572

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:**  CLEANLINESS/STORE APPEARANCE | **DATE:**  July 1992 |
| **SUBJECT:**  GENERAL STANDARDS/CLEANING TIPS | **PAGE:**  302.11 |

II. **Cabinet Faces**

    A. <u>General Standards</u>

- Clean and in good repair.
- No chips, cracks, or exposed bare wood.

    B. <u>Cleaning Tips</u>

- Wipe up spills as they occur throughout the day.
- Clean nightly using the two-bucket system.
- Avoid using an abrasive cleaner or scouring pad on painted cabinet faces as these cleaning agents may damage painted surfaces.

III. **Fountain**

    A. <u>General Standards</u>

- Must be neat, clean, sanitary, odor free, and in good working order.
- Fountain syrup rail must be clean, sanitary, odor free, and have no more than a thin layer of frost.
- Sinks and refrigerator must be clean, sanitary, and free of odor.

    B. <u>Cleaning Tips</u>

- Defrost, clean, and sanitize the syrup rail and the syrup crocks weekly. For details on this procedure, refer to the section of this manual entitled, "Sanitation and Maintenance."
- Defrost, clean, and sanitize the fountain refrigerator every other week. For details on this procedure, refer to the section of this manual entitled, "Sanitation and Maintenance."
- Wipe up spills in the syrup rail and the fountain refrigerator as they occur.
- Empty strawberry and pineapple topping crocks nightly. Store remaining topping in clean, sanitized plastic container in the refrigerator. Wash, rinse, sanitize, and air-dry topping crocks.

1:06CV01573

STORE OPERATIO!  AND MANAGEMENT GUIDE

SECTION:   PRODUCT/SUPPLIES               DATE:  July 1992
SUBJECT:   ICE CREAM:  PRODUCT HANDLING   PAGE:  604.1

---

## ICE CREAM:  PRODUCT HANDLING

Ice cream is a very delicate and fragile product and should be handled accordingly.  The quality, texture, consistency, color, taste, appearance, and actual volume can be affected by the way in which you care for your product.

Temperature

The most dangerous single factor that causes shrinkage, deterioration of texture and flavor, and formation of ice crystals is fluctuation of temperatures.  When storage temperatures rise, the product deteriorates two to threefold, and sometimes as much as fivefold, for every five degrees rise in temperature. Defrost cycles can cause some damage, so be certain to rotate stock properly and quickly.

- Keep freezer temperatures at a constant level.  Thermometers in the dipping cabinets should be placed at the top of the tubs, since the top part of the cabinet will be warmer than the lower section.  They should be placed on the top shelves of storage cabinets and the dessert case.  During hot summer months, adjust freezer controls to a colder temperature.

- Bulk ice cream should **never** be left outside the freezer to "mellow" or soften.  The outside edges will experience heat shock that will destroy the taste and texture of the product.

- When transferring tubs, try to avoid unnecessary exposure to the outside air.

- Keep doors of dipping cabinets closed when not actually in use.

- Use the plastic night covers during non-business hours to protect product temperature and to keep out foreign matter such as insects.

Freezer Temperatures:

Dipping cabinets, soft flavors . . . . . . . . . . . . . . . . . . . . . . . . . . . -5° to 0° Fahrenheit
Dipping cabinets, hard flavors . . . . . . . . . . . . . . . . . . . . . . . . . . 0° to 5° Fahrenheit
Dessert case/Upright freezer . . . . . . . . . . . . . . . . . . . . . . . -15° to -10° Fahrenheit
Walk-in freezer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -15° Fahrenheit

SOMG/604.1

1:06CV01574

STORE OPERATION AND MANAGEMENT GUIDE

SUBJECT:   PRODUCT/SUPPLIES                    DATE:  JULY 1992
SECTION:   YOGURT - PRODUCT HANDLING           PAGE:  609.1

---

## YOGURT - PRODUCT HANDLING

Baskin-Robbins yogurt will arrive at your store frozen, in half gallon pouches packed six per case. Our yogurt sets us apart from many of our competitors as it contains live, viable, yogurt cultures. Therefore, it is extremely important to follow all operational handling procedures outlined in this section.

### DEFROSTING

At the inception of the yogurt operation, you should defrost approximately three gallons of each flavor yogurt that you plan to use in the first week. Remove the pouches from the case as leaving the case intact will prevent complete defrosting. Place the pouches in a refrigerator used exclusively to thaw yogurt. It is recommended that you run Chocolate and Vanilla yogurt everyday, so defrost accordingly.

Full defrosting will take 72 hours if the yogurt refrigerator temperature remains between 35° and 40° Fahrenheit. Quick thawing is not recommended as this process impairs the quality of the product. However, if "quick" thawing is necessary, the pouches may be placed in cold tap water with careful monitoring. DO NOT, under any circumstances, place the yogurt pouches in hot tap water! This will promote rapid bacteria growth and will severely damage the product. "Quick" thawing is not recommended as this process impairs the quality of the product.
Some separation of liquids and solids will occur during defrosting. Therefore, shake each pouch vigorously before pouring the product into the machine. Always sanitize and dry pouch exterior prior to pouring product into the machine, to prevent contamination.

### SHELF LIFE

Baskin-Robbins yogurt has a shelf life of one year when kept in its original frozen state. To accurately monitor the usage and proper rotation of pouches, use a felt-tip marker and write on the pouch the date the flavor was removed from the freezer. Place each marked pouch in the refrigerator to defrost and keep the remaining supply in the walk-in freezer.

If proper defrosting procedures are followed, the yogurt will have a seven day thawed shelf life. For example, a pouch of yogurt remains in the freezer for three weeks. The pouch is removed from the freezer, placed in the refrigerator, and takes three days to defrost.

Once completely defrosted (at the end of the three days) the yogurt has a seven day shelf life. All of the thawed product must be completely used by the end of the seventh day. On the eighth day, the product should be discarded. Anything other than the proper defrosting procedures will

**SOMG/609.1**

1 : 06CV01575

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** PRODUCT PREPARATION | **DATE:** July 1992 |
| **SUBJECT:** INTRODUCTION | **PAGE:** 700.1 |

---

## PRODUCT PREPARATION

The quality and integrity of the Baskin-Robbins product line is world renowned and undisputable. Our reputation as the leader in the frozen desserts market is based on years of research, a dedication to obtaining the choicest ingredients, and a commitment to always offering a superior product to the public.

The most crucial responsibility of maintaining the quality reputation of Baskin-Robbins products, however, rests with the employees of the store who actually serve the product to the consumer.

Product quality is not only a result of the ingredients and the manufacturing process, but also of the handling and the serving of the product. The section of this manual entitled "Product/Supplies," beginning on page 600.1, will address the ingredients, manufacturing, and handling of products. This section will focus on maintaining product quality by ensuring adherence to Baskin-Robbins' recipe standards.

Recipe standards have been implemented to ensure a consistency in the products served in all Baskin-Robbins stores and to assist the Franchisee in obtaining maximum profitability by controlling portioning.

Employees are expected to learn and consistently implement all standard recipes as outlined in the following recipe brochures:

- Scooping and Cone Wrapping
- Handpacking
- Fountain Treats
- Yogurt

NOTE:    These brochures can be found in the following pages of this section. Additional copies are available from Accommodation Stock.

In order to ensure proper portioning and to satisfy the customer on a consistent basis, the Owner/Manager should implement the following procedures:

1.    Each new employee hired should receive one of each of the brochures listed above and any other product brochure applicable to the store.

1:06CV01576

Case 1:06-cv-01492-EGS   Document 3-4   Filed 08/24/2006   Page 45 of 97

**SECTION:   PRODUCT PREPARATION**          **DATE:   July 1992**
**SUBJECT:   INTRODUCTION**                  **PAGE:   700.2**

---

2.   Each new employee that is hired should be fully trained on proper portioning using the recipe brochures as a standard.

3.   Each trained employee should consistently be able to demonstrate the ability to follow recipe standards and properly portion ice cream, yogurt, and toppings in a manner consistent with the recipe brochures.

4.   At the beginning of each shift, each employee should scoop a designated number of "practice scoops" to ensure the employee's preparedness to serve correct portions.

1:06CV01577

1:06CV01577

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** PRODUCT PREPARATION | **DATE:** July 1992 |
| **SUBJECT:** SCOOPING | **PAGE:** 701.1 |

## SCOOPING

Scooping is the backbone of any Baskin-Robbins operation. Proper portioning is essential in ensuring customer satisfaction while maintaining profit margins.

NOTE:        Refer to the scooping recipe brochure for detailed scooping procedures.

### SCOOPING AND CONE WRAPPING
### DO'S AND DON'T'S

**DO'S**

1. Weigh three to six warm-up scoops before each shift.

2. Grip the scooper firmly and comfortably.

3. Tap the scooper on the dipper well pad to remove excess water and prevent ice crystals.

4. Cut a thin layer of ice cream, rolling it into the scooper.

5. Scoop around the inside wall of the tub.

6. Keep the tub neat and level by scooping over the entire surface of the tub.

7. Release the plunger on the scooper with your index finger.

8. Weigh all scoops served in a cup when reasonable to do so.

**DON'T'S**

1. Skip doing warm-up scoops before the beginning of each shift.

2. Let your hand slip too far up or down on the handle of the scooper.

3. Forget to tap the scooper on the dipper well pad to remove the excess water.

4. Dig or cram ice cream into the scooper.

5. Scoop through the center of the tub.

6. Dig holes in one section of the tub.

7. Release the plunger on the scooper with your thumb.

8. Neglect checking the weight of scoops served in cups.

SOMG/701.1

1:06CV01578

STORE OPERATIONS . .O MANAGEMENT GUIDE

SECTION:   PRODUCT PREPARATION
SUBJECT:   SCOOPING

DATE:   July 1992
PAGE:   701.2

9.  Be certain that all cones are wrapped.

10. Clean the dipper well pads as often  as necessary.

11. Keep the dipper wells themselves very clean and sanitary.

12. Pay attention to every scoop you make. Work quickly and accurately.

13. Make every scoop the correct weight.

9.  Ever serve an unwrapped cone.

10. Neglect to keep the dipper well pads clean at all times.

11. Neglect to keep the dipper wells clean and gleaming.

12. Forget to be accurate or quick when scooping.

13. Ever scoop more or less than the correct weight.

**SOMG/701.2**

1:06CV01579

STORE OPERATION. AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** PRODUCT PREPARATION | **DATE:** JulY 1992 |
| **SUBJECT:** HANDPACKING | **PAGE:** 702.1 |

## HANDPACKING

NOTE: Handpack ice cream is measured by weight or by volume, depending on state law. Check with the District Manager or the state Department of Weights and Measures to verify the laws in the State.

There are many advantages to purchasing Baskin-Robbins handpack ice cream over buying prepackaged ice cream in the grocery stores. In order to remain competitive against grocery stores and in order to sell customers on purchasing handpack ice cream, employees should learn the advantages of handpack product. These advantages are:

Taste before you buy - Our customers have the advantage of tasting product before they must commit to buying it. Once our customers taste our product and attempt to compare it to store bought brands, our product practically sells itself.

Ability to mix flavors - When purchasing handpack product, customers have the opportunity to mix flavors of their choice.

Personal service - The customers have the opportunity to ask questions about nutritional information, ask for taste spoons, and customize their order.

Freshness - Our ice cream is the freshest possible. Customers are assured of this by the opportunity to see and taste the product for themselves.

Accuracy of weight - Because we weigh all handpack products in view of the customer, customers are assured of receiving the correct amount.

NOTE: Refer to the handpacking recipe brochure for details on handpacking.

**SOMG/702.1**

STORE OPERATIONS . D MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  PRODUCT PREPARATION | DATE:  July 1992 |
| SUBJECT:  HANDPACKING | PAGE:  702.2 |

## HANDPACKING DO'S AND DON'T'S

### DO'S

1. Take the time to understand what flavors the customer wants handpack and what size container(s).

2. Be sure to suggest new flavors to handpack customers and offer taste spoons to increase sales.

3. Be willing to place more than one flavor in a single container, if the customer so desires.

4. Print the correct flavor name(s) on the bottom of the handpack container(s).

5. Work quickly and efficiently as you complete the order.

6. Make certain all handpack products are weighed at least twice to insure fair value and consistency to the customer.

7. Make sure that all containers are properly filled, slightly above the top, before placing a cover on them.

8. State the weight or volume of the container as required by law.

### DON'T'S

1. Assume the customer only wants one flavor in an assumed container size.

2. Assume that the customer came in to buy only one flavor.

3. Say that we can not combine more than one flavor in a handpack container.

4. Forget to properly label the container(s) with the flavor name(s).

5. Work slowly or inefficiently.

6. Forget to weigh the container or assume that the weight is "close enough."

7. Put a cover on a container that does not appear full.

8. Neglect to state the weight or volume of the container as required by state law.

1:06CV01581

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION: PRODUCT PREPARATION | DATE: July 1992 |
| SUBJECT: YOGURT DISPENSING/FOUNTAIN TREATS | PAGE: 704.1 |

---

# YOGURT DISPENSING/FOUNTAIN TREATS

The introduction of yogurt into the Baskin-Robbins system significantly expanded the product line and allowed the stores to offer "something for everyone." As such, Baskin-Robbins has significantly impacted the competition in this market. Today, Baskin-Robbins enjoys the position of industry leader in this once very populated, very competitive market.

Yogurt is offered in three different serving sizes: small (5 ounces), medium (7 ounces), and large (9 ounces). The recipes for yogurt fountain items are not as clearly defined as the recipes for ice cream fountain items. It is important to note that any ice cream fountain item can be made with yogurt. Keep these rules in mind when making fountain items with yogurt:

- If a customer orders a fountain treat made with yogurt and the equivalent item made with ice cream would have two fountain scoops, then the item should contain 7 ounces of yogurt.

- If a customer orders a fountain treat made with yogurt and the equivalent item made with ice cream would have three fountain scoops, then use 9 ounces of yogurt.

- The amount of toppings and garnishes on yogurt fountain treats is exactly the same as the equivalent product made with ice cream.

- When ladling toppings, be fair. If you are ladling a large topping (fruit, cookies, or candy bars), it will generally require three ladles. For smaller toppings (sprinkles, almonds), one to two ladles should be sufficient.

NOTE: Refer to the yogurt brochure for detailed yogurt serving procedures.

1:06CV01582

STORE OPERATIONS    D MANAGEMENT GUIDE

SECTION:  PRODUCT PREPARATION          DATE:  July 1992
SUBJECT:  ICE CREAM FOUNTAIN TREATS    PAGE:  703.2

---

7.  Ask if the customer wants the items "to go" or to eat in the store.

7.  Prepare items "to go" without asking the customer first.

8.  Ask the customer if he/she would like a cover on the "to go" items.

8.  Assume that the customer requires a cover.

9.  Be willing to add extra toppings or substitute toppings, at an extra charge when appropriate.

9.  Refuse to make substitutions or changes on a fountain item as the customer requests.

**SOMG/703.2**

1:06CV01583

**STORE OPERATIO     AND MANAGEMENT GUIDE**

**SECTION:  PRODUCT PREPARATION**          **DATE:  July 1992**
**SUBJECT:  HANDPACKING**                  **PAGE:  702.3**

---

9.  Be sure to invert the container when you place it in a bag.

10. Enclose a current flavor list in the bag.

11. Offer a Polsun bag or dry ice if the customer will be traveling more than 30 minutes.

9.  Forget to invert the handpack container when placing it in a bag.

10. Forget to place a flavor list in the customer's bag.

11. Neglect the customer's needs if they have far to travel with the product.

**SOMG/702.3**

STORE OPERATIONS A    MANAGEMENT GUIDE

SECTION:    PRODUCT PREPARATION                    DATE:  July 1992
SUBJECT:    ICE CREAM FOUNTAIN TREATS               PAGE:  703.1

# ICE CREAM FOUNTAIN TREATS

There are as many varieties of fountain treats at Baskin-Robbins as there are customers.  The
purchase of a fountain treat is a very personal experience for customers.  As such, the fountain
recipes allow for endless variations on ice cream flavors, toppings flavors, and garnishes (real
cream, almonds, cherries, etcetera).  In all cases, however, the amounts of ice cream, toppings,
and garnishes will remain constant for each item.  If a customer requests more topping or an
extra scoop of ice cream, comply with the request.  Be sure to inform the customer of the
additional charges before adding the extra product when applicable.

NOTE:  Refer to the Fountain Treats recipe brochure for detailed fountain item
        preparation.

## FOUNTAIN TREATS DO'S AND DON'T'S

### DO'S

1.  Take time to listen and understand the customer's order.

2.  Always suggest a larger fountain treat as a natural part of your dialogue with the customer.

3.  Ask the customer for his/her choice of ice cream and toppings.

4.  Offer real cream, almonds, and a cherry on sundae fountain items.

5.  Be certain that all syrup pumps are calibrated at 1 ounce (1 1/2 for chocolate) and that the proper sized ladles are used to dispense toppings.

6.  Properly portion toppings, almonds, real cream, and cherries.

### DON'T'S

1.  Argue with the customer if they disagree with you regarding the item they ordered. Simply re-make the order.

2.  Be a passive order taker.  Instead, use your selling skills.

3.  Assume that the customer desires a "standard" ice cream flavor or topping.

4.  Assume that all customers want "the works" on their sundae.

5.  Fake it.  If you do not remember the recipe, look it up.

6.  Over-portion scoops, topping(s), or garnishes.

SOMG/703.1

1:06CV01585

SECTION:   CLEANLINESS/STORE APPEARANCE          DATE:  July 1992
SUBJECT:   GENERAL CLEANING TIPS                 PAGE:  301.1

## GENERAL CLEANING TIPS

The guidelines listed here are intended to assist the Owner/Manager and the employees of the store in accurately assessing the operation of the store as it relates to Baskin-Robbins' standards and to customer expectations. The overall objective is the maintenance of every Baskin-Robbins store as a clean, attractive, and sanitary environment where customers will enjoy coming and employees will feel comfortable working.

GENERAL CLEANING TIPS

- When cleaning surfaces that do not come directly in contact with any food, use a two-bucket system. The first bucket (or sink) will consist of hot water and a detergent. The second bucket (or sink) will consist of warm water and a sanitizer solution. The detergent solution will clean the surface, removing grease and dirt. The sanitizer solution will disinfect, kill bacteria, and deodorize. Change the water in these buckets frequently to avoid re-using dirty water.

    NOTE:      Combining the detergent solution with the sanitizer solution
               negates the disinfecting activity of the sanitizer.

- When cleaning utensils or any surface that comes directly in contact with food, always use hot water, and a three bucket system. The third bucket allows for a rinsing step. Clean using the detergent solution in hot water first, then rinse, and finally sanitize with hot water and a food service sanitizer.

- To clean dried ice cream spills, use a Scotch-Brite non-woven nylon web pad. These pads have the benefits of steel wool without the drawbacks. When using Scotch-Brite pads on painted surfaces, exercise special care. Always rub with the grain when using any scratch pad on stainless steel. Replace the Scotch-Brite pad frequently to avoid the risk of spreading bacteria from a dirty pad.

- During business hours, keep one backbar sink filled with clean detergent solution and one sink filled with clean sanitizer solution. When cleaning utensils, wash in soapy water, rinse in clear water, and follow with a two minute soak in sanitizer.

SOMG/301.1

1:06CV01586

STORE OPERATIONS A  ) MANAGEMENT GUIDE

SECTION:   CLEANLINESS/STORE APPEARANCE         DATE:  July 1992
SUBJECT:   INTRODUCTION                         PAGE:  300.1

---

## CLEANLINESS/STORE APPEARANCE

The cleanliness and overall ambience of every Baskin-Robbins store is paramount to the success of each individual store as well as to the success of the system.

Keeping the store clean and in good repair is the responsibility of every employee. Overseeing the cleaning efforts of the staff is the responsibility of the Owner/Manager.

It is a well known fact that customers simply prefer to shop in a clean environment. This is especially true in the restaurant industry. Customers expect certain levels of cleanliness in the restaurants where they choose to eat. And in the competitive food service industry, if customers do not perceive a store as a clean environment, they can and will take their business elsewhere.

Customers' first impressions of the store are generally formed within the first few seconds. This first impression should present a positive image and should adequately reflect the quality of the products we sell.

This section of the manual will address the cleanliness of the store from the customers' perspective and will provide checklists that will assist in ensuring that the store is ready to receive customers.

For more detailed information on the cleaning, care, and maintenance of *equipment* (dipping cabinets, freezers, small equipment, etcetera), consult the section of this manual entitled "Sanitation and Maintenance" beginning on page 1100.1. For additional reference on store cleaning and maintenance, also consult the *Baskin-Robbins Store Cleaning and Maintenance Program Trainee Guide.*

1:06CV01587

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:  SERVICE                                          DATE:  July 1992
SUBJECT:  DRESS STANDARDS                                  PAGE:  205.1

---

## UNIFORM REQUIREMENTS

## The following uniform standards must be adhered to:

| | |
|---|---|
| Pants/Shorts: | Baskin-Robbins pants or shorts in khaki (tan) or navy blue only. |
| Skirt: | Baskin-Robbins skirt in khaki (tan) only. |
| Shirt: | Baskin-Robbins pink or white polo-style T-shirt with logo on left sleeve only.  Managers should wear the pink or white Manager's shirt. |
| Hat: | Baskin-Robbins baseball-style hat or visor.  Refer below to grooming standards section for specifics. |
| Apron: | Baskin-Robbins butcher-style only. |
| Name tag: | Baskin-Robbins standard name tag, with legible name. |
| Shoes: | Closed-toe and heels, heels less than one inch, in white, brown, or black only. |
| Jacket: | Baskin-Robbins logo jacket in white only is an optional accessory. |

## The following grooming standards should be followed:

- Hair longer than one inch over the ears down the back must be completely contained so that no hair is allowed to fall loose around the face.  Hair nets are required by some local health ordinances.
- Moustaches and beards must be trimmed.
- Make-up should be minimal.
- Jewelry should be minimal.
- Uniforms must be clean and in good repair.
- Personal hygiene is a priority.

SOMG/205.1

1:06CV01588

STORE OPERATION AND MANAGEMENT GUIDE

| SECTION: SANITATION AND MAINTENANCE | DATE: July 1992 |
|---|---|
| SUBJECT: INTRODUCTION | PAGE: 1100.1 |

## SANITATION AND MAINTENANCE

According to the National Restaurant Association (NRA), the national average for maintenance and utility costs in our industry is 4.6% of sales. Baskin-Robbins may well be over the national average due to the number of refrigeration units. With this in mind it is even more critical to watch costs in this area. (These NRA figures are based on dessert shops in general, not just frozen dessert shops.)

Through a series of regular equipment inspections and scheduled maintenance techniques the Owner/Manager can prevent costly equipment breakdowns and unnecessary wear and tear and control utility costs.

The following guidelines have been carefully designed to be the most economical and efficient methods in equipment maintenance.

**SOMG/1100.1**

1:06CV01589

STORE OPERATIONS / ) MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:   SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:   REFRIGERATION EQUIPMENT | PAGE:  1101.1 |

## REFRIGERATION EQUIPMENT

### WALK-IN

Most Baskin-Robbins stores are equipped with walk-in freezers for primary ice cream storage. The walk-ins are remarkably maintenance-free, although there are important safe-guarding actions to take. Walk-ins consist of two separate units; the box, which contains the large fan-equipped coil which blows sub-zero air; and the compressor, which is usually mounted on the roof of the store or outside on ground level.

Like other freezers, the walk-in has an automatic defrost cycle governed by a timer. The defrost cycles are usually one of two patterns: three 40-minute defrosts (midnight, 8:00 a.m., 4:00 p.m.) or two 60-minute defrosts spaced twelve hours apart. It is a good idea to be familiar with the times of the cycles, as the freezer shuts down for a time; opening the door should be limited during these times. The timer may be located in a small metal box outside the freezer, or with the compressor outdoors. Be certain to readjust the timer after any power failures.

- It is essential to keep the walk-in door shut. Propping the door open will result in vast losses of cold air, product damage, and higher utility costs. Flexible plastic strips may be purchased which cover the door opening and limit cold air loss each time the door is opened.

- All walk-ins are equipped with fail-safe emergency exit mechanisms which allow the door to be opened from the inside, even if locked.

- Never attempt to clean up spills in the walk-in with water or other liquid (unless using a low-temperature floor cleaner). Instead, let spills freeze, clean with a flexible putty knife, and sweep up.

- Limit the use of light inside the walk-in to times when someone is inside. Leaving the light on when it is not needed produces heat.

- Walk-ins should be inspected and checked by a professional refrigeration repair person on a quarterly basis.

SOMG/1101.1

1:06CV01590

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** SANITATION AND MAINTENANCE | **DATE:** July 1992 |
| **SUBJECT:** REFRIGERATION EQUIPMENT | **PAGE:** 1101.2 |

---

## DIPPING CABINETS

Defrosting and cleaning a dipping cabinet is a big job involving a fair amount of effort from the workers involved. But the benefits it pays make it worth the effort.

The following procedures for defrosting and cleaning of the dipping cabinet have been carefully designed to be the most economical and efficient method. Product quality is safeguarded and the freezer undergoes no special stress as it might using other methods.

A dipping cabinet requires defrosting because of the moisture in the air. The moisture freezes on the cold interior surface of the cabinet. This creates two problems. First, the ice builds up, taking on an unattractive "dirty snow" appearance and often falls into the ice cream. Secondly, air is trapped between the ice crystals forming an insulating "blanket" within the freezer, decreasing its efficiency, increasing utility costs and shortening the life of the freezer's compressor.

How often to defrost will vary depending on how humid the air in the store is, how often the flip tops are open, and the condition of the gaskets around the flip top edges.
Most stores will generally need to defrost once every two weeks. Some cabinets will require weekly defrosting, while others in dry climates will be able to wait as long as three weeks.

A good rule of thumb to keep in mind about when to defrost is when frost buildup is more than a half inch or greater, or when the freezer looks dirty and unappetizing, whichever is sooner.

Defrosting one dipping cabinet should take less than 30 minutes, total time.

These procedures apply for both the BRT and BR cabinets.

- Defrosting is a two-step process, beginning after closing in the evening and completed the following morning.

- After closing in the evening, stock and scrape all tubs.

- Place an interfold waxed paper square over the open tubs of ice cream in the cabinet that is being defrosted. These squares will protect the ice cream surface from contamination and from drying overnight in the storage freezer.

**SOMG/1101.2**

1:06CV01591

SECTION:  SANITATION AND MAINTENANCE
SUBJECT:  REFRIGERATION EQUIPMENT

DATE:  July 1992
PAGE:  1101.3

---

- Carefully transfer the covered tubs of ice cream into the storage freezer. Place them on shelves, in sheltered areas, away from possible contamination. Carefully lift the tubs from the bottom of the dipping cabinets and place them into the storage freezer, as they will be the first ones out the next morning.

- Do not place tubs on the floor of the walk-in.

- Using a plastic dust pan (nothing with metal in it because metal will scratch the freezer), scoop out the spills, taste spoons, almonds, etcetera.

- Lift the "bottom protector pads" from the bottom of the dipping cabinet and stand them on end. This will allow any ice cream or ice on them to melt overnight.

- Turn off the dipping cabinet power. **DO NOT** turn the thermostat to the "OFF" position. The location of the power source switch will vary from freezer to freezer. Some dipping cabinets have a master power supply switch located behind the grill on the back bar side of the freezer. Other cabinets are best unplugged from the socket (be sure hands are dry). If the cabinet has no cord, but is "hard-wired" in, power may be cut at the circuit breaker panel. Be certain to throw the correct breaker and that it turns off only the desired dipping cabinet(s).

- Clean the freezer's exterior and the flip tops with the two-bucket system. Complete the cleaning of the flip tops using paper towels and window cleaner.

- Leave the flip tops open overnight. The room temperature will defrost the cabinet.

Completing the Defrosting and Cleaning

- In the morning, the freezer will have little or no ice on the sides and about one or two inches of water on the bottom.

- Carefully remove the flip tops. Pull the cotter pins, take off the washers, and put these in a cup for safekeeping. Gently bend one side of the flip top until it is free of the pivot, repeat on the other side and remove the flip top. Place in a safe location.

- Lift out the "tub-clamp" belt assemblies, the "bottom protector pads," the stainless steel frost shields, and the racks from over the compressor housing. Take these into the back room and wash, rinse, and sanitize. Dry thoroughly and set aside.

SOMG/1101.3

1:06CV01592

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE        DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT           PAGE:  1101.4

---

- Fill a bucket with very warm soapy water.  Using a "handiwipe," clean the interior of the dipping cabinet;  start with the sides and then clean the bottom.

- Using a good-quality "wet-dry vacuum," vacuum out the soapy water and the melted frost.

- Fill a bucket with very warm sanitizer water.  Wash the interior of the freezer with this solution.  Again, vacuum out all the water.

- Remove the grill covering the motor area by loosening the screw at the bottom.  On the left is a capped hose.  Remove the cap and quickly drain the hose into a bucket.  Pour sanitizer solution through the drain on the inside of the cabinet and drain into the bucket.  Use the wet/dry vacuum to suck out any remaining water or debris.  Replace the cap and the grill.

- Using handiwipes, clean and sanitized bar towels, or paper towels, thoroughly dry the interior of the dipping cabinet.  Remember any water left will become ice when the freezer is returned to service.

- Remove the freezer strip holders by lifting them out.  Clean as needed and replace any old or broken strips.

- Thoroughly clean all the interior glass of the freezer using a glass cleaning solution.  Replace the freezer strip holders.

- Replace the "bottom protector pads," "tub-clamp" belt assemblies, frost shields, and racks over the motor housing.  Replace the flip tops carefully (in reverse order of removal).

- Turn on the freezer power (by switch, plug, or breaker) according to the particular type of cabinet.

- Immediately replace the tubs on the bottom of the freezer in their proper locations.  Replace the open tubs next, removing the interfold waxed paper squares. (Replacing tubs immediately will assist the freezer in resuming operating temperature more quickly without harm to the ice cream.)

SOMG/1101.4

1:06CV01593

Case 1:06-cv-01492-EGS   Document 4   Filed 08/24/2006   Page 62 of 97

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  REFRIGERATION EQUIPMENT            PAGE:  1101.5

---

- Put the night covers on and close the flip tops.  Leave the light off.  Clean the area around the dipping cabinet.  Empty the vacuum and thoroughly dry it.  Clean the back room if needed.

- Remove the night covers, check the temperature of the cabinet (it should be at 0° Fahrenheit), switch on the light prior to opening for business.

NOTE:     If the store has the older BR-90 dipping cabinets, blow out the condenser on a monthly basis.  Directions for this essential task are located in the section on dessert case care.

Every time defrosting is done, inspect the fluorescent light (located under the sneeze rail).  If the end of the fluorescent tubes are blackened more than three inches, the tube needs to be replaced. Be certain to disconnect the power to the entire dipping cabinet and place the night covers on when replacing the light.  Remove and replace the light with care as it is fragile (installing the light is a bit tricky).  Health codes require that the glass fluorescent tubes be enclosed inside a plastic tube when installed in the dipping cabinet.

Cleaning the Dipping Cabinet Motor Area

An easily-overlooked area within the store that builds up dirt and can be a source of odors, is the dipping cabinet motor area.  Being on the backbar side of the freezer leaves it open to normal, every day spills.  In addition, dust buildup on the fan mechanism can decrease freezer efficiency.  It is thus recommended that this area be cleaned with each defrosting of the dipping cabinet according to the following procedures.

- Be certain that the dipping cabinet power is "OFF."

- Remove the grill panel by loosening the screw on its bottom edge.  It is easiest to wash, rinse, sanitize, and dry the grill after removal.

- With a dry handiwipe, or towel, gently dust off the motor area.  Be careful not to bend or bump any delicate parts.

- With great care, wipe dust from the fan blades.  Be certain not to bend the blades.

1:06CV01594

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT             PAGE:  1101.6

---

- With a damp handiwipe or towel, clean the frame and surrounding painted areas.

- Replace the grill and tighten the screw.

- Restore power to the dipping cabinet.


## DESSERT CASE

One of the biggest attractions in a Baskin-Robbins store is the dessert case.  Brightly illuminated and filled with a variety of desserts, the case can act as a magnet and is a proven merchandising tool.

A regular schedule of maintenance will ensure an attractively clean freezer, as well as an efficient operation.


### Facts about the BRD-78

- The bottom portion (below the display area) is refrigerated by a system much like the dipping cabinet:  evaporator tubing is built into the freezer wall to dissipate the heat.

- The display section of the freezer is cooled by a "finned coil" mounted above the desserts, equipped with three fans which blow the sub-zero air over the product.  This finned coil must undergo an **automatic defrost cycle** twice daily (usually at 6:00 a.m. and at midnight) for about 26 minutes.  These cycles are controlled by a timer.

- During the cycle, the freezer shuts off and small heaters melt any ice buildup on the finned coils.  The resulting water is drained to a collector pan equipped with a small heater which evaporates the water.  There is no damage to products during the automatic defrosts.

On a **monthly** basis, it is necessary to shut down the freezer to clean the entire unit and defrost the storage section.  In addition, the condenser lines must also be cleared of any dust buildup at this time; a process known as "blowing out the condenser."

With this understanding, following are the procedures for cleaning and defrosting the entire dessert case.  As with the dipping cabinets, this is a two-step process, beginning after closing at night and completed the following morning.


**SOMG/1101.6**

1:06CV01595

SECTION:   SANITATION AND MAINTENANCE         DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT            PAGE:  1101.7

Preparation for Cleaning and Defrosting the Dessert Case

- After closing the store in the evening, remove all desserts from the dessert case.  These should be carefully and promptly boxed for their protection and placed in a secure location in the storage freezer.

- Turn off the power to the dessert case.  This may vary according to installation of the unit.  The master switch is located on the backbar side of the case, at the extreme left side, below the light switch.  If this switch is absent or inoperative, see if there is a power cord that can be unplugged from the socket.  If neither of these options are available, the power may be shut off at the circuit breaker.  Turning off the freezer in this manner shuts off all functions, including the automatic defrost timer.

- Clean the exterior glass of the freezer as usual.  The display window of the dessert case is multi-pane with four panes of glass with sealed air space between acting as insulation.

- Open all five of the freezer's doors as well as the storage drawer and leave them open overnight.  Room temperature will defrost the unit.

Completing the Defrosting

- Upon arrival in the store the following morning, carefully remove all the racks, and shelves from the case.  Begin at the top and work downward.  Be careful not to bump the front window.  The display racks lift easily from their supports.  The solid metal panels also lift out easily.  The storage shelves lift out or slide out like a drawer.

- Take these parts into the back room and wash, rinse, sanitize, and thoroughly dry.  Set aside.

- Fill a bucket with hot soapy water.  Using a handiwipe, clean the interior of the dessert case.  Try to avoid using too much water.  Soak up as much water as possible.  Remember to clean the doors and their gaskets.

- Fill a bucket with a very warm sanitizer solution.  Wash the interior of the freezer with this solution.  Soak up as much as possible.

- Using a dry handiwipe, a dry towel, or paper towels, thoroughly dry the freezer interior.  Reach behind the storage drawer to be certain that this area is dry.

SOMG/1101.7

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:  REFRIGERATION EQUIPMENT | PAGE:  1101.8 |

---

- Clean the interior window glass thoroughly. While doing so, inspect the fluorescent light at the top. If the ends of the tube are darkened for more than three inches, replacement may be necessary.

- Beginning at the bottom, replace all racks and panels with great care. Close the freezer door and drawers.

Blowing Out the Condenser

- It is necessary to remove the dust buildup which can close the condenser and insulate the lines, causing decreased efficiency, higher utility costs, and strain on the compressor.

- Procure a box large enough to completely cover the rear motor area. The box should have one open end and one closed end, this will serve as the dust-catcher. (Any empty sugar cone box works well.)

- Drape a damp handiwipe over the open end of the box. Place the box against the rear motor area, open end first, and secure the box in place with a heavy object.

- Remove the grill panel from the retail area side of the freezer after loosening the retaining screws.

- Wipe the condenser lines gently with a dry handiwipe or bar towel to remove the first layer of dust.

- The most effective method of cleaning the condenser lines is with a blast of compressed $CO_2$ (carbon dioxide) gas. Vacuum cleaners and other methods lack required pressure. It is recommended that a bottle of $CO_2$ be purchased from the same source as $CO_2$ used in the soft drink system. A three-foot hose should be attached to the valve of the tank. This tank must be kept secured to a wall when not in use.

- With great care, carry the $CO_2$ tank to the front of dessert case. Grasp the hose firmly then aim toward the compressor. Open the valve on the $CO_2$ tank. Direct the flow of gas from the hose against the condenser lines. This blast of gas will force the dust from the condenser, back across the compressor, and into the box. After about 60 seconds, close the valve. Carefully carry the tank back to its storage location and secure.

**SOMG/1101.8**

1:06CV01597

SECTION:  SANITATION AND MAINTENANCE
SUBJECT:  REFRIGERATION EQUIPMENT

DATE:  July 1992
PAGE:  1101.9

- Wipe any loose dust from the condenser area with a dry towel.

- This is the best time to return the automatic defrost timer to the correct time of day. The timer is located in the white box to the right of the condenser. Remove its cover by taking out the retaining screw. Set the timer by rotating the inner-dial (not the outer) in a counterclockwise direction until the "time" arrow points at the current time of the day on the outer 24-hour dial. Replace the cover and the retaining screw.

- Replace the grill panel and tighten the set screw.

Completing the Task

- Return to the back of the dessert case. Remove the large box and damp handiwipes. Throw both away.

- Remove the grill on the back of the motor area by removing the two retaining screws. Dust off the compressor and wipe away any dust.

- The defrost collector pan is to the left of the compressor. Inspect it for dirt, dust, algae, etcetera. If cleaning is necessary, remove the screw holding it in place, slide out the pan, wash, sanitize, and then dry. Replace the pan and tighten the screw. Replace the grill covering the motor area and tighten the retaining screws.

- Switch on the power supply to the dessert case. Allow the freezer to run until the thermometer in the display registers at zero degrees or colder.

- The light will not come on until the finned coils above the display area cool to at least 13° Fahrenheit. **Do not load desserts until the freezer temperature drops below zero**.

- This will take about 90 minutes.

- Reload the case with the stored desserts.

SOMG/1101.9

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  REFRIGERATION EQUIPMENT              PAGE:  1101.10

---

UPRIGHT DISPLAY CASE

The Kelvinator Eagle Upright Display Case is available in three different sizes: 83 3/4 "x 31" ( 1 door), 83 3/4" x 52" (2 door), 83 3/4 "x 83" (1 door and 2 door combination), and is one of the newest pieces of equipment added to the Baskin-Robbins system.  It is the most effective merchandising method for our take home product line.

Maintenance of the Upright Display Case is very similar to that of the dessert case.  The motor area and the condenser area are located on the top of the freezer unit.  The unit defrosts automatically twice per day.  However, a thorough cleaning of the entire unit is recommended monthly.  At that time, the condenser lines must be cleaned gently with a soft brush or carefully vacuumed.

The unit should be serviced regularly by a professional refrigeration technician to thoroughly clean the condenser coils (twice a year), to check the refrigerant charge (at least once a year), to check the defrost timers, and to check the fan motors.

Preparing the Upright Display Case for Cleaning and Defrosting

- After closing for the night, remove all the products from the upright display case.  Leave the desserts covered in the cake domes and place them in a storage freezer.

- Turn off the power.  The master power supply switch is located in the front of the freezer behind the "SELF SERVE TAKE HOME CENTER" light box.  The switch is on the left-hand side of the unit.  If this option is not available the power may be shut off at the circuit breaker.  (Turning off the freezer in this manner shuts off all functions, including the automatic defrost timer.)

- Clean the exterior of the upright display case using the two-bucket system.

- Leave the door(s) of the upright freezer open to allow the room temperature to melt any frost buildup.

SOMG/1101.10

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  REFRIGERATION EQUIPMENT              PAGE:  1101.11

---

Completing the Cleaning and Defrosting

- Fill a bucket with very warm soapy water and wash down the interior of the upright.

- Fill a bucket with very warm sanitizer solution and rinse the interior of the freezer.

- Vacuum out the standing water with a wet-dry vacuum. Using a clean and dry handiwipe, bar towel, or paper towels, thoroughly dry the interior of the freezer.

- Below on the backside of the upright freezer is a drip tray. Remove the retaining screws; soap, rinse, and sanitize the drip tray. With a clean and dry handiwipe, bar towel, or paper towels thoroughly dry the tray. Replace the tray.

- Clean the doors inside and out. Close the doors when finished.

Blowing Out the Condensers

- As with the dessert case, blowing out the condensers is a necessary step to remove dust from the condenser lines, "efficiency-robbing," and is best done along with monthly defrosting.

- The condenser is easily located on the top of the freezer unit.

- With a soft brush gently brush the condenser coils. You may also vacuum carefully to remove any dust.

- This is the best time to return the automatic defrost timer to the correct time of the day. The timer is located behind the "SELF SERVE TAKE HOME CENTER" light box. Set the timer by rotating the inner dial (not the outer) in a counterclockwise direction until the "time" arrow points to the correct time of the day on the outer dial of the 24-hour timer. Check to be sure the two defrost cycles are set for two 20 minute defrost cycles during non-business hours. Dust the timer area with a dry handiwipe or paper towel.

SOMG/1101.11

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE                    DATE:   July 1992
SUBJECT:   REFRIGERATION EQUIPMENT                       PAGE:   1101.12

## Completing the Task

- Dust the motor and compressor area.

- Switch on the power supply.  Allow the upright display case to run **empty** until the temperature drops to 0° Fahrenheit.  Do not replace the product until then.

## MCT

The MCT freezers currently in the system include a 54" slide top, a 36" slide top and a 48" roll up.  Prepack ice cream and novelties are the primary products displayed in this case.

Maintenance of the MCT is very similar to that of the dessert case.  A finned refrigeration coil above the display area is automatically defrosted twice per day.  A thorough cleaning of the entire unit is recommended monthly.  At that same time, condenser lines must be "blown out." Following the procedure outlined below will help ensure a clean and efficiently operating freezer. Like the dipping cabinets and the dessert case, it is easiest to complete in two steps.

## Preparing the MCT for Cleaning and Defrosting

- After closing for the night, remove all products from the MCT and place in a storage freezer.

- Remove the front panel of the MCT by lifting it straight up and swinging the bottom out.

- Turn off the power.  The master supply switch is at the right near the thermostat, behind the front panel.  If the switch is not accessible, either unplug the freezer or switch the appropriate circuit breaker.  Turning off the freezer in this manner shuts off all functions, including the automatic defrost timer.

- Clean the exterior of the MCT with the two-bucket system.

- Leave the MCT open overnight to allow the room temperature to melt the frost buildup.

**SOMG/1101.12**

1:06CV01601

Case 1:06-cv-01482-EGS   Document 4-4   Filed 08/24/2006   Page 70 of 97

SECTION:   SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT            PAGE:  1101.13

---

Completing the Defrosting

• Fill a bucket with very warm soapy water and wash down the interior of the MCT.

• Fill a bucket with a very warm sanitizer solution and rinse the interior of the freezer.

• Vacuum out the standing water with a wet-dry vacuum. Using clean and dry handiwipes, or cloth towels, thoroughly dry the interior of the freezer.

• Below and about an inch to the left of the condenser is a drain outlet for the freezer. It requires draining after each defrost. Remove the cap from the drain and catch the small amount of water in a receptacle. Rinse the hole by pouring sanitizer water down the drain hole inside the cabinet. Use the wet-dry vacuum to remove any remaining water or debris. Replace the cap.

• Clean the glass lid both inside and out. Close the lid when finished.

Blowing Out the Condensers

• As with the dessert case, this step is necessary to remove any "efficiency-robbing" dust from the condenser lines and is best done along with monthly defrosting.

• The condenser is easily located behind the front panel. Wipe the lines with a dry towel to remove the first layer of dust.

• Carefully carry out the $CO_2$ tank used for condenser cleaning to the front of the MCT. There is no place to catch the dust freed from the condenser as there is with the dessert case, so it is advisable to use less pressure. Grasp the hose firmly and open the $CO_2$ valve slowly. Direct the flow of $CO_2$ gas against the condenser lines, being careful to shield your eyes from the dust. After about 90 seconds, close the $CO_2$ valve and carry the tank back to its storage location.

• With a dry towel, wipe away any remaining dust from the coil area.

1:06CV01602

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE           DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT              PAGE:  1101.14

- As with the dessert case, this is the best time to return the automatic defrost timer to the correct time of the day. The timer is in a little drawer to the right of the condenser. Pull the drawer out. Set the timer by rotating the inner dial (not the outer dial) in a counterclockwise direction until the "time" arrow points to the current time of the day on the outer dial of the 24 hour timer. Check to be sure the defrost cycle is set for two 20 minute defrosts during non-business hours. Dust the timer with a towel and close the drawer.

Completing the Task

- While still in the front of the cabinet, dust the entire timer area and set the panel aside carefully.

- Below the timer is the defrost system's collector pan. As with the dessert case, inspect it for dust, dirt, algae, etcetera. If cleaning is necessary, gently wash, sanitize, and dry the pan; note that the pan will not pull out as it would on the dessert case.

- Go to the back of the MCT and locate the solid painted panel on the left. Remove the two retaining screws, and take off the panel. Dust the motor compressor area and replace the panel.

- Switch on the power supply. Replace the front panel by inserting the top edge into the underside of the "bumper-rail" and raise the panel until the lower edge can be pushed into place.

- Allow the MCT to run empty until the temperature drops below 0° Fahrenheit. Do not replace product until then.

SOMG/1101.14

SECTION:   SANITATION AND MAINTENANCE
SUBJECT:   REFRIGERATION EQUIPMENT

DATE:   July 1992
PAGE:   1101.15

---

## FOUNTAIN REFRIGERATOR

A heavily used piece of equipment is the fountain refrigerator.  Susceptible to spills, it can be a source of sour odors and should be spot-cleaned daily and thoroughly cleaned once a week.

To thoroughly clean the fountain refrigerator:

- Turn off the power.  This is done by one of two methods.  Best is to switch off the circuit breaker for the fountain.  Or, if the fountain is equipped, the plug can be pulled. The plug is usually found underneath the fountain sinks behind the front panels.

- Remove all the products from the refrigerator and place them on a nearby counter.

- Some fountains (particularly those manufactured by Bastian-Blessing) require regular defrosting of the back interior wall.  Should the ice be thicker than a half inch, this should be melted away.  Use a dry handiwipe or towel to remove any excess water.

- Wash with warm soapy water, rinse, and sanitize the entire refrigerator interior.  Dry thoroughly.

- Clean the rubber gasket seal around the door.

- Replace all products into the refrigerator.

- Open or remove the front panel of the fountain to reach the finned refrigerator coils. Dust gathering here can reduce refrigeration efficiency.  If dust is present, lightly dust with a dry towel or vacuum using a good quality wet-dry vacuum.

- Close or replace the front panel.

- Turn on the power by switching on the breaker or by plugging in the cord.

**SOMG/1101.15**

1:06CV01604

SECTION:   SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:   REFRIGERATION EQUIPMENT             PAGE:  1101.16

---

## SYRUP RAIL

An easily overlooked task is cleaning and defrosting the syrup rail. Taking only a few minutes per week, this job helps keep the fountain refrigeration system running at top efficiency, ensures that the syrups and toppings are kept at the proper temperature, and eliminates a possible source of bacterial growth and odor.

- Gently lift half of the syrup and topping crocks from the rail. It is easiest to clean half the rail at a time. Set the crocks aside in a secure place where they will not be bumped or disturbed.

- Using warm soapy water, wash down the exposed area of the syrup rail, melting any frost or ice. It is not necessary to cut power to the fountain for this job. The water will run down the built-in drain.

- Rinse the rail with warm sanitizer solution. Dry with a clean handiwipe or bar towel.

- Replace the first half of the syrup and topping crocks carefully.

- Repeat the above procedures for the other half of the rail.

## SYRUP PUMPS

In order to safeguard the purity of syrups and proper operation of the pump, it is necessary to disassemble and clean each syrup pump on a weekly basis. It is also recommended that the syrup crock be emptied and cleaned at the same time.

Syrup pumps vary according to the manufacturer, but the following procedures will guide you through the process no matter what type of pump your store is equipped with.

- Set aside a clean plastic container to temporarily hold the syrup during the cleaning process. Be certain it is large enough to contain all the syrup from the crock.

- Lift the pump itself from the crock and hold it over the crock to drain. Drain the syrup from the reservoir on the bottom of the pump by depressing the plate on the bottom until the reservoir empties.

SOMG/1101.16

Case 1:06-cv-01492-EGS   Document 34   Filed 08/24/2006   Page 74 of 97

SECTION:  SANITATION AND MAINTENANCE
SUBJECT:  REFRIGERATION EQUIPMENT

DATE:  July 1992
PAGE:  1101.17

- Place the reservoir portion of the pump into hot soapy water and allow it to fill. Pump water through the pump until the reservoir empties.

- Set the pump on the counter in an upright position. Separate the reservoir by depressing the upper assembly against it, turning counterclockwise, and lifting. Place the upper assembly in hot soapy water.

- Remove the spring and other parts from the reservoir. Be sure to note the order of disassembly, so you will be able to reassemble them.

- Thoroughly wash, rinse, and sanitize each part.

- Allow the parts to thoroughly air dry.

- Reassemble the reservoir in reverse order of disassembly. Replace the upper assembly into the reservoir by centering it over the reservoir, depressing, and turning clockwise until it locks into place. Set aside.

- Gently lift the syrup crock from the syrup rail and pour the syrup into the plastic container. Set the plastic container aside.

- Wash, rinse, sanitize the syrup crock. Let air-dry or dry with a clean, dry handiwipe, bar towel, or paper towels. Be sure no water remains.

- Replace the crock into the syrup rail and carefully pour the syrup back into the crock.

- Place the pump back into the syrup. Pump the pump several times to refill the reservoir, catching the stream of the syrup in the plastic container. Pour the syrup back into the crock to complete the process.

Calibrating the Syrup Pumps

An often forgotten task, yet one which can have an impact on both product quality and cost, is calibration of the syrup pumps. These pumps can be adjusted to dispense varying amounts of syrup per stroke of the pump and, over time, this adjustment can slip and the pumps dispense too little or too much syrup. Thus, it is important that the pumps be checked and (if necessary) recalibrated at least weekly. The best time for this would be immediately after cleaning each pump.

SOMG/1101.17

STORE OPERATION AND MANAGEMENT GUIDE

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  REFRIGERATION EQUIPMENT             PAGE:  1101.18

---

All pumps, except chocolate, should be set to dispense <u>one ounce</u> of syrup for each full depression of the pump.  For <u>chocolate,</u> the pump should be set to dispense <u>one-and-one-half ounces</u> per stroke.  Follow these procedures to check and calibrate the pumps:

• Procure an accurate measuring cup, one which measures to the half ounce.

• Pump one full stroke of the pump into the measuring cup.  (This will ensure that the pump's reservoir is full before you measure its output.)

• Pump one full stroke of syrup into the measuring cup.  If the amount meets the criteria specified above, the pump is calibrated and needs no further adjustment.  Pour the syrup back into the crock.  Should the amount dispensed vary from the proper amount, adjustment is needed.

• Release the pump's locking mechanism to begin the calibrating process.  This will vary by pump manufacturer.  On some, loosen the top of the plunger by rotating it.  On others, there is a spring-loaded sleeve on the pump stem that must be pressed downwards to adjust the pump.

NOTE:     Many pumps have no locking mechanism.  For chocolate syrup pumps, you will need to remove the screw attaching the plunger to the top of the pump stem and swing the plunger up and away.

• With the lock released, rotate the pump stem <u>clockwise to decrease</u> and <u>counterclockwise to increase</u> the amount of syrup dispensed with each depression of the pump.

• Pump one full stroke of syrup into the measuring cup.  If the amount is now correct, the calibration is completed.  Lock the pump and pour the syrup back into the crock.  If the amount dispensed is not correct, repeat the necessary steps.

SOMG/1101.18

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  REFRIGERATION EQUIPMENT             PAGE:  1101.19

---

TOPPINGS CENTER

Susceptible to spills of yogurt as well as toppings, the Toppings Center can be a source of sour odors and should be spot-cleaned daily and thoroughly cleaned once a week.

To thoroughly clean the toppings center:

• Turn off the power.  Switch off the circuit breaker for the Toppings Center or unplug it.

• Remove all the topping crocks from the toppings center, and remove any product stored in the refrigerator.

• Thoroughly inspect beneath the canister spacers for any residue of toppings.

• With a clean, sanitized handiwipe, thoroughly clean the inside of the spacers.  (Make sure to remove any toppings that may have fallen into the spacers.)

• Wash the entire refrigerator interior with warm soapy water, rinse, and sanitize. Thoroughly dry with a clean, fresh towel or paper towels.

• Clean the rubber gasket seal around the door.

• This may be a good time to thoroughly wash the canisters.  Remove the toppings from the canisters and place them in a temporary plastic container.  With warm soapy water wash the canisters, rinse, and sanitize.  Allow canisters to air-dry, or dry with a clean fresh towel or paper towels.  Replace the toppings into the canisters.

• Replace all yogurt and products into the refrigerator.

• Turn on the power by switching on the breaker or by plugging in the cord.

YOGURT MACHINES

Regular maintenance of the yogurt machine consists of exterior cleaning, interior cleaning, sanitizing, proper lubrication of moving parts, and replacement of worn parts.  For further cleanliness guidelines refer to pages 302.16 - 302.17 of this manual.

SOMG/1101.19

1:06CV01608

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:  REFRIGERATION EQUIPMENT | PAGE:  1101.20 |

---

• The rubber O-rings used on the Taylor 754 become worn, torn, and saturated with lubricant. Closely monitor and quickly replace these O-rings to maintain product quality and to prevent leakage.

• O-rings should be replaced on a regular basis. Taylor Manufacturing recommends that all O-rings be replaced every three months or as soon as they are worn, whichever is first. Simply remove all used O-rings and replace with all new O-rings.

• The scraper blades or "shoes" are another item that needs to be closely monitored. Scraper blades should be replaced every three months or more often if they become worn and appear to have a shredded look to them. A damaged blade will affect product quality as well as possibly damaging the freezer. It is advisable that extra scraper blades be kept to prevent machine down time.

• Keeping the Taylor 754 running at peak efficiency will require you to check the condensers for accumulation of dirt and dust on a monthly basis. Remove the metal siding by loosening the retaining screws and clean condensers with a soft brush. Never use a screwdriver or metal probes as they will bend the cooling fins of the condensers.

• Remove and clean the drip tray located on the side of the machine daily. If the drip tray contains yogurt drippings (rather than, or in addition to, drippings of lubricant), this could be an indication of a problem. Consult your Taylor representative.


Yogurt Machine Tune-Up

Taylor provides, along with replacement parts, buckets, brushes, and lubricant, a **"TUNE-UP KIT."** This kit contains all the rubber O-rings and plastic replacement parts you would need to tune-up the freezer. Taylor offers a program where the store can automatically receive a tune-up kit every 90 days. (For a sample sign-up form refer to the Baskin-Robbins Frozen Yogurt Operational Manual reference section, or contact your Taylor representative.)

1:06CV01609

SECTION:  SANITATION AND MAINTENANCE   DATE:  July 1992
SUBJECT:  AIR-CONDITIONING   PAGE:  1102.1

---

## AIR-CONDITIONING

The temperature inside a Baskin-Robbins store is an essential part of creating a pleasant and comfortable place for both the customers and the staff. Air-conditioning requires professional attention, and it is recommended that a preventative maintenance policy be established. If a regular, year-round program is followed, an air-conditioning system will pay off with years of dependable service.

- Keeping air filters clean is an important part of the maintenance of the air-conditioning system. Air filters should be checked monthly and changed when dirty. Remove the filter and hold it up to the light. If there is a visible accumulation of dust, replace the air filter.

- As a rule, throw-away filters (the one or two inch dust stop) are the best to use. Metal filters are available, but unless you have a high powered stream cleaning machine and a large area in which to clean them, they are not advised.

- The air vents in the ceiling of the stove, are also an important part of the proper functioning of the air-conditioning system as well as the appearance of the store.

- With a damp handiwipe or towel remove the excess dust. With warm soapy water wash the grates of the air vents and thoroughly dry with a fresh clean towel or paper towels. Be certain that all product and food preparation areas are adequately protected before completing this process.

- Condenser: The condenser is air cooled, so there are no water maintenance problems. The condenser, the fin, and the tube assembly near the compressor, should be cleaned frequently, either with a garden hose or a vacuum cleaner. **Turn off the main switch for the unit before cleaning.** A clean condenser will allow the compressor to operate using less energy and at a lower temperature. Consult your air-conditioning representative for details on completing this process.

- Fan Belt: The fan belt should be checked monthly for tightness. Be certain that unit is turned off. A properly adjusted fan belt will not squeal when the motor starts. Another test is to push down on the belt midway between the pulleys, a moderate force should not depress the belt more than one inch.

**SOMG/1102.1**

1:06CV01610

STORE OPERATIO    AND MANAGEMENT GUIDE

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  AIR-CONDITIONING                    PAGE:  1102.2

- Duct work:  All duct work should be visually checked periodically, to see that there is no place where air can leak through.  The joints are sealed with mastic tape, and this can be checked easily.

- Thermostat:  Lockable, ventilated, plastic covers should be used to cover the thermostat, and only the Owner/Manager should have the key.

- The fan should remain in the "on" position at all times.  This will keep the air moving in the store.

SOMG/1102.2

1:06CV01611

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:  SOFT DRINK SYSTEM | PAGE:  1103.1 |

## SOFT DRINK SYSTEM CARE

Although the soft drink system can seem to be relatively maintenance-free, it still requires specific daily and periodic care to ensure the dispensing of quality soft drinks.  The **SOFT DRINK QUALITY ASSURANCE KIT** contains all necessary tools to complete the tasks below.

Temperature and Ice

- The primary refrigeration of the soft drink system consists of cold plates which are created by embedding stainless steel tubing into a cast aluminum plate over which ice is melted.  Cooling is accomplished by melting ice.

- Keep the ice bin stocked with ice at all times.  The depletion of ice may automatically shut the unit off.

- Check the drink temperature each morning.  The drink should be at 36-40° Fahrenheit before ice is added to ensure the highest quality and retention of carbonation.

- Taking the Temperature: Draw a full cup of soft drink and **do not** add ice.  Using a "dial-type" thermometer immerse the shaft into the drink and read the gauge.  A temperature above 40° Fahrenheit indicates that the ice supply in the system is inadequate.

Syrup to Water Ratio/Calibration

To check the ratio of syrup to water requires two tools:

- A ratio cup is a three section container.  The center section is for the carbonated water, and the two smaller sections on the sides are for the syrup, depending on the ratio being measured.  The round smaller section is used for all syrup products that contain sugar; the oblong smaller section is used for DIET COKE.  The ratio cup (also called the "BRIX" cup) is in the Quality Assurance Kit.

- The separator nozzle separates the drink flow into two parts (syrup and water).

- Remove the standard nozzle from the dispensing valve being checked by twisting the nozzle counterclockwise.

**SOMG/1103.1**

1:06CV01612

**STORE OPERATIO   AND MANAGEMENT GUIDE**

**SECTION:  SANITATION AND MAINTENANCE**          **DATE:  July 1992**
**SUBJECT:  SOFT DRINK SYSTEM**                   **PAGE:  1103.2**

---

- Substitute with the separator nozzle.  The spout should be installed facing outward and then turned clockwise to secure it into place.  Tap the valve dispensing lever briefly to fill the nozzle with product.

- Hold the ratio cup under the separator nozzle so that the water flows into the larger, center section of the BRIX cup and the syrup flows into the appropriate smaller section. Activate the valve lever until the center section is about three-fourth full of carbonated water.

- The level of syrup in the small section of the ratio cup should be even with the level of carbonated water in the center section.

- If the levels **are not** even, calibration is necessary.

Calibration

- Due to the variety of equipment and manufactures, it is necessary to contact your Coca-Cola service repair person for proper instructions on calibrating the soft drink system.

- The syrup-water ratio must be checked on a weekly basis.

Carbonation

- Carbon dioxide and water combined together create the effervescence of the soft drink, the "bubbles."

- The carbon dioxide is supplied from a gas cylinder.  This odorless, colorless, and tasteless gas mixed, within the carbonator, with water produces the "zip" or "bubbles" in the drink. The carbonator is a mechanical device which mixes water and carbon dioxide gas.  There are no service requirements for this unit, other than being certain that both the electrical and the water sources are turned on simultaneously.

- The $CO_2$ cylinder, located in the back room of the store, is partially filled with liquid $CO_2$.  As gas is taken from the cylinder to carbonate water some of the remaining liquid converts to gas.  When no liquid remains the internal pressure begins to drop.  This is why the $CO_2$ pressure remains constant for so long and then suddenly drops.

**SOMG/1103.2**

STORE OPERATIONS   D MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:**  SANITATION AND MAINTENANCE | **DATE:** July 1992 |
| **SUBJECT:**  SOFT DRINK SYSTEM | **PAGE:** 1103.3 |

---

- The regulator gauge will indicate the pressure inside the cylinder. This pressure will range from 500 to 1800 pounds per square inch. When the pressure drops below 500 pounds, there is no liquid left and the cylinder should be changed.

- In most Baskin-Robbins stores the two $CO_2$ tanks are hooked up in tandem. When one tank is empty, it is simple and quick to switch to the other. To replace the empty tank, close the valve handle clockwise as far as it goes. Loosen the valve connector from the empty tank and connect it to the full tank. Then open the valve on the full tank; turn it counterclockwise as far as it goes. Then contact the $CO_2$ supplier to replace the tank.

- All tanks should be chained to a wall.

- The second gauge on the $CO_2$ tanks is the pressure regulator, indicating the pressure of the $CO_2$ gas going into the carbonator. This should be set at 80 to 120 pounds per square inch.

- At least weekly, it is recommended that you check for $CO_2$ leak. Shut off the $CO_2$ valve. If a leak exists, the pressure will drop below the acceptable level of 80 - 120 psi. If this occurs, check all line connections with liquid soap. Bubbles will appear at connection points where there is a leak. If this occurs, tighten the connection or replace the seal.

Sanitation of the Soft Drink System

- The dispensing nozzles on the Coke machine should be removed and thoroughly cleaned each day. Use the brush from the Quality Assurance Kit. Store the nozzles in carbonated water overnight.

- Each night, hot water mixed with sanitizer should be poured down the drain beneath the cup rest to prevent clogging of the lines. The entire drain area must be cleaned and sanitized daily.

- The exterior of the unit should be washed and sanitized each night. In particular, the front of the machine (the dispensing area) must be spotless at all times.

SOMG/1103.3

**STORE OPERATIO!   AND MANAGEMENT GUIDE**

| | |
|---|---|
| **SECTION:   SANITATION AND MAINTENANCE** | **DATE:  July 1992** |
| **SUBJECT:   SOFT DRINK SYSTEM** | **PAGE:  1103.4** |

---

• The syrup containers should be emptied, washed, and sanitized each month.  In addition, the ice bin area should also be emptied, washed, and sanitized each month as well.  (If the soft drink system is a "Bag-n-Box" unit, this step is not necessary.

• Each day, conduct a taste test of all the drinks.  Be alert to any strange or metallic off taste, as these could indicate possible problems with the system.


ICE MACHINE


The ice machine is usually found in the back room of the store.  The cleanliness of the ice machine can have an effect on the quality of the drink you serve to the customer.  The overall cleaning process is as follows:

1. At the end of the night, turn the main switch of the ice machine off.  You may unplug it or use the circuit breaker panel.  The ice will melt overnight and the excess water will drain.

2. In the morning, fill a bucket of warm soapy water.  With a clean handiwipe or clean towel, wash the interior of the machine thoroughly.

3. Thoroughly rinse the interior of the machine with clean water.  Be certain to remove any soap residue.

4. Fill a bucket of sanitizing solution and thoroughly rinse the interior of the machine.  Dry the inside of the ice machine thoroughly with a clean fresh towel or paper towels.

5. Turn the machine back on.


For further maintenance, contact a professional refrigeration repair person.


**SOMG/1103.4**

STORE OPERATIONS    D MANAGEMENT GUIDE

**SECTION:  SANITATION AND MAINTENANCE**
**SUBJECT:  SMALL EQUIPMENT**

**DATE:  July 1992**
**PAGE:  1104.1**

---

## SMALL EQUIPMENT

To preserve the quality of our products, and to prevent the growth of bacteria as well as to extend the life of the equipment, it is recommended that the following equipment be thoroughly cleaned according to the procedures outlined.

## LADLE-STYLE HOT TOPPINGS WARMERS

- Allow the hop topping to run low so any remaining topping will be thrown away.

- Turn off the warmer switch and unplug the warmer.

- Take out the ladle. Place in hot soapy water. Press down on the retaining collar and turn it clockwise to release. Place the retaining collar in hot soapy water.

- Lift out the stainless steal insert containing the topping. Use a spatula to scrape as much of the topping out as possible. Dispose of this remaining topping. Place the soiled container in the hot soapy water to soak.

- Remove the spring from the bottom of the warmer and place in hot soapy water. Carefully lift the entire warmer and pour out any remaining water.

- Wash, rinse, and sanitize the warmer interior. **DO NOT** immerse the warmer in water!

- Do not use an abrasive powder or pad.

- When finished washing, rinsing and sanitizing, add about one and a half inches of water into the warmer, to the marked water line.

- Wash, rinse, sanitize, and air-dry all other parts of the warmer.

- Replace the spring into the warmer. Fill the stainless steel insert with fresh product. Set the topping filled container on the spring. Place the retaining collar on top of the container, press down and turn counterclockwise until it locks into place. Replace the ladle and cover.

**SOMG/1104.1**

1 : 06CV01616

STORE OPERATIC   AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE                 DATE:  July 1992
SUBJECT:   SMALL EQUIPMENT                             PAGE:  1104.2

•    Wash, rinse, sanitize, and dry the soiled stainless steel insert.  Set it aside for future use.

•    Recommended temperatures are:
       145° Fahrenheit for Hot Fudge
       120° Fahrenheit for Butterscotch and Praline Caramel

## PUMP-STYLE HOT TOPPING WARMERS

1.  Daily Cleaning.  The following procedures must be completed daily when using the pump dispensers:

    •    Turn off the warmer and unplug.

    •    Pour remaining topping into a spare stainless steel insert.  Store in refrigerator.

    •    Wipe the surfaces of the warmer unit.  Do not immerse the warmer itself in water.

    •    Wash, rinse, sanitize, and air-dry all other parts.

    •    Disassemble the pump and cover completely.  Note the way the pump comes apart so that it can be easily reassembled.

    •    Extra care must be taken to clean the pump thoroughly in order to avoid bacteria growth.  Clean the disassembled pump in hot soapy water with the special brush supplied for this purpose.

    •    Rinse the disassembled parts in hot water and sanitize.

    •    Leave all parts to air-dry, then reassemble.

2.  Additional Cleaning

    •    At least weekly, "break the cycle" on all hot toppings dispensed through a pump.  To do this, simply use the topping until very little remains.  Discard this small amount, clean the warmer as described above, and fill the clean container with a fresh supply of topping.  This will help prevent bacteria growth from repeated contamination of fresh topping by constantly mixing old topping with fresh topping.

SOMG/1104.2

1:06CV01617

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:  SANITATION AND MAINTENANCE
SUBJECT:  SMALL EQUIPMENT

DATE:  July 1992
PAGE:  1104.3

3.    Other Instructions for Pump-Style Hot Topping Warmers

- Do not dispense product directly from the #10 can when using the pump-style warmer. The cans will rust and contaminate the product. Use the stainless steel insert provided with the pump unit.

- A setting of 4 on the thermostat control should maintain the product at 140° Fahrenheit. Be sure to test the temperature of the product in the warmer at least daily using a candy thermometer; adjust the thermostat reading in order to maintain the appropriate temperatures (140° Fahrenheit for hot fudge and 120° Fahrenheit for caramel and butterscotch).

MALT MACHINE

The malt machine is an important part of operations in a Baskin-Robbins store, and should be kept in good operating condition.

- Always disconnect the electric plug before working on or cleaning the mixer.

- When cleaning the mixer, lay it on a towel, wash with mild soap. Use a small bottle brush to clean around the cup rests and cup holders. It is recommended that cup rests be removed, cleaned, and replaced, if applicable. Be sure to pay close attention to the plate where the spindle connects into the motor. This is a source of constant "dried ice cream" from fountain drinks that splash while being mixed. The mixer should be thoroughly dried before reconnecting the outlet.

- Do not hit the spindles with the malt cups. Bumping them will damage the bearing housings, throwing the spindles out of balance and making it impossible to operate at high speed.

- For repairs, contact your local Hamilton Beach distributor.

- Do not insert a spoon or other foreign object into a cup being mixed on the malt machine in an effort to "help" mix it more quickly. This could result in damage to the spindles and may also result in pieces of metal shearing off into the product. Instead, rotate the cup in the opposite direction from that which the spindle is turning. This will aid in breaking the ice cream up faster. For example, if the spindle turns clockwise, rotate the malt cup counter-clockwise. Do not allow the spindles to hit the sides of the malt cup.

SOMG/1104.3

1:06CV01618

STORE OPERATION AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** SANITATION AND MAINTENANCE | **DATE:** July 1992 |
| **SUBJECT:** SMALL EQUIPMENT | **PAGE:** 1104.4 |

---

## WAFFLE CONE MACHINE

- Make certain that the waffle cone machine is turned off, unplugged, and cool before beginning.

## CLEANING THE INTERIOR:

- **DO NOT USE OVEN CLEANER.** Oven cleaner will remove the Teflon coating on the hot plate and is dangerous to the health of our customers and staff.

- **DO NOT USE SOAP OR SANITIZER ON THE HOT PLATE.** This can also be harmful to the surface of the machine.

- The hot plate should be thoroughly cleaned with a fine wire brush. Use the wire brush to gently scrape off any residue.

- Clean the exterior of the waffle cone machine with hot soapy water, and hot sanitizer solution.

- Dry the machine thoroughly with a clean dry towel or paper towels.

## FIRE EXTINGUISHER

Each Baskin-Robbins store should have a fire extinguisher on the premises for the protection of life and property. In addition, a fire extinguisher is usually required by law to be kept on the premises.

- A five pound ABC-type chemical extinguisher is recommended. Pressure should be checked once a year or more often. This is a requirement by law and will usually be completed by the local Fire Department.

- The extinguisher should be used according to manufacturer's recommendations.

- For additional fire protection, the telephone number (911) should be kept on a list with other emergency numbers near the telephone. All employees should be instructed in the use of the fire extinguisher, and procedures to follow in the event of a fire.

**SOMG/1104.4**

Case 1:06-cv-01492-EGS   Document 3-4   Filed 08/24/2006   Page 88 of 97

SECTION:  SANITATION AND MAINTENANCE        DATE:  July 1992
SUBJECT:  SMALL EQUIPMENT                    PAGE:  1104.5

TUB CUTTER

The tub cutter is one of the most dangerous pieces of equipment in the store.  The maintenance of the tub cutter is required after each use.

- Each time the tub cutter is used it should be cleaned thoroughly.

- Make sure to remove the tub cutter blade before beginning these procedures.

- Remove the retaining screw holding the protector cover and the blade on the tub cutter. Set the blade aside.

- Remove the peg, arm, and post from the counter.

- Soak all parts, except the blade, in warm, soapy water.  Clean thoroughly.

- Rinse and sanitize in hot sanitizing solution.  Leave all parts on the counter to air-dry. A clean towel or paper towel can be used to thoroughly dry the equipment.

- Wash, rinse, sanitize and underline immediately dry (to prevent rust) the razor blade.  TAKE EXTRA PRECAUTION IN HANDLING THE RAZOR BLADE.

SOMG/1104.5

1:06CV01620

STORE OPERATION AND MANAGEMENT GUIDE

| SECTION: | SANITATION AND MAINTENANCE | DATE: July 1992 |
|---|---|---|
| SUBJECT: | FLOOR MAINTENANCE | PAGE: 1105.1 |

## FLOOR MAINTENANCE

In addition to their attractiveness and durability, quarry tile floors are remarkably easy to care for. By following these simple guidelines you will be able to maintain your quarry tile floor in an excellent condition for years to come.

During the day:

• Wipe up spills quickly with a floor sponge or wrung-out mop. The tile gets slippery when wet so this is important from both the appearance and safety standpoint.

• Sweep the floor as often as needed with a broom. At least three to four times per day is recommended.

Nightly Care:

• Sweep the floor thoroughly.

• Use a cleaning agent designed specifically for cleaning quarry tile (or ceramic tile, depending on what type floor is installed). Mix with hot water according to package directions.

• Liberally spread this solution over the floor with a mop.

• Using a long handled scrub brush (available locally), scrub the entire floor, concentrating especially on the grouting. This scrubbing is important in getting a thoroughly clean floor and is valuable in preventing grime buildup in the grouting.

• Using a clean, sanitized cotton mop, pick up as much of the dirty water as possible. Let the floor dry completely.

• Quarry tile floors do not require stripping, waxing, or buffing in order to maintain their appearance.

SOMG/1105.1

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:  SANITATION AND MAINTENANCE          DATE:  July 1992
SUBJECT:  EMERGENCY MAINTENANCE PROCEDURES     PAGE:  1106.1

---

## EMERGENCY PROCEDURE FOR ELECTRICAL POWER FAILURE

At some point, chances are that every Baskin-Robbins store will experience an electrical power failure. The outage may last only a few minutes or may last days in the event of a disaster of some type. In the latter case, there is not much anyone can do; product will be lost. But in the more common short power failures, product loss can be minimized by following these procedures.

- As soon as the power fails, **CLOSE THE STORE**. Lock the door, and change the Open/Closed sign to Closed. Serve any remaining customers.

- After all remaining customers are served, **IMMEDIATELY**, place night covers on the dipping cabinets and keep the flip tops closed. Experience has shown that, depending on the outside temperature, these well-insulated freezers can keep the product servable for three hours. **DO NOT** attempt to transfer ice cream to another freezer as you will lose more cold air that way.

- Realize that once ice cream reaches the point where it is no longer possible to form it into a round scoop, **the product is lost**.

- **DO NOT** attempt to re-freeze it later, as product quality will be greatly compromised.

- Keep the dessert case, upright display case, and MCT, closed. **DO NOT** attempt to move any desserts as repeated freezer opening increases the chance of losses.

- Lock the walk-in freezer. **DO NOT** open it at all while the power failure lasts. Ice cream will remain servable approximately 24 hours if the door is kept shut.

- **DO NOT** attempt to keep the walk-in freezer cold with the use of dry ice. Dry ice can also cause the ice cream to have an off-taste when used for an extended time, and breathing the fumes emitted by dry ice in a closed area is a health hazard.

- In the case of an extended power outage, notify the District Manager.

Employees should be instructed to follow these procedures in case the Owner/Manager is not present during the time of power failure.

1:06CV01622

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE
SUBJECT:   EMERGENCY MAINTENANCE PROCEDURES

DATE:   July 1992
PAGE:   1106.2

---

## PLUMBING FIXTURE LEAKS

- Turn off individual fixture valve. This permits use of other fixtures in the store while the damage is being repaired.

- If a valve is not provided and the leak is in the hot water supply line, turn off the **water heater cut-off valve and** the **gas cut off valve**. Call a plumbing contractor.

- ALWAYS TURN OFF THE WATER HEATER GAS VALVE WHEN THE WATER VALVE IS TURNED OFF.

- If it is a cold water supply pipe, turn off the main water valve and call the plumbing contractor.

## WATER HEATER LEAKS

- Turn off gas valve beside the water heater valve at the top of the heater.

- Connect a garden hose to the water heater drain valve, located near the bottom of the tank.

- Open a hot water faucet inside the building, so air will enter the tank and permit it to drain.

- Use the garden hose to drain the hot water heater tank completely.

- Call the plumbing contractor.

## WATER PIPE LEAK BETWEEN FIXTURES

- Turn off the main water valve and call the plumbing contractor.

SOMG/1106.2

1:06CV01623

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE              DATE:  July 1992
SUBJECT:   EMERGENCY MAINTENANCE PROCEDURES        PAGE: 1106.3

## FURNACE PILOT LIGHT GOES OUT, OR YOU SMELL GAS

- Turn off the main **gas** valve and call your local gas company. (In most areas, a local utility company or gas company will come out and inspect free of charge. Some companies are equipped to do the repair work. Check with a local company.)

**CAUTION:**   It is extremely dangerous to attempt to light a furnace pilot, or locate a gas leak yourself.

## LOCATION OF CUT-OFF VALVES

If there is an emergency, it will be most advantageous to know the locations of the cut-off valves so they can be shut-off immediately.  This information should also be made available to responsible employees, who may be on duty during the Owner/Manager's absence from the store.

- MAIN WATER VALVE: The main water valve is usually located outside the store in the area that houses the water meter.  Some stores have a shut-off valve at the point where the water pipe enters the store.  If the store is so equipped, this makes it more convenient.

- WATER CUT-OFF VALVE FOR THE WATER HEATER: This valve will be on the cold water line, just before it enters the tank.

- GAS CUT-OFF VALVE FOR WATER HEATER: This valve will be on the gas supply pipe, about 18 inches to two feet from the heater.  If the heater is electric, mark the breaker panel switch for quick identification of cut-off valve.

- INDIVIDUAL FIXTURE CUT-OFF VALVES: Many fixtures are equipped with individual shut-off valves.  These will be located under the fixtures, on the water supply line.  (This is a small pipe that runs to the fixture faucet.)

- MAIN GAS CUT-OFF VALVE: The main gas cut-off valve is located outside the building, near the gas meter.  The main gas cut-off valve is located on the supply pipe that enters the building.

SOMG/1106.3

1:06CV01624

STORE OPERATIO    AND MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:   SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:   MAINTENANCE SAVINGS TECHNIQUES | PAGE:  1108.2 |

- Clean and maintain the MCT and dessert case.  Although they have automatic defrost cycles, shut them down once a month and clean the entire unit and defrost the storage section.

- Maintain the fountain center and syrup rail.  Keep it clean and defrosted, and the unit will last longer and run more economically.

- Clean and calibrate syrup pumps.  This will save money by ensuring portion control.

- Install strip curtains inside the walk-in freezer door to conserve energy.  Keep the walk-in freezer light off except when someone is inside.  The light produces heat, which increases the energy cost and the risk of damaging product.

- Post a "map" of the walk-in layout showing exactly where each tub flavor or item is located.  This can reduce the time the walk-in door is open.

- Monitor the temperature of the walk-in freezer so you are not wasting money by having it too cold or risking product damage by having it too warm.  Check the temperature every day.  It should be at least -15° Fahrenheit.

- Check for air leaks inside the walk-in freezer.  Frost on the inside of the box is a sign that warm air is leaking into the unit, and costing money.

- De-mineralize the ice machine and check for algae growth.  Keeping it clean will extend the life of the unit.

- Check the calibration of your scale.  The savings from accurate portioning could be sizeable.

- Clean and maintain all small equipment: toppings warmers, yogurt toppings center, waffle machine, tub cutter, soft drink system, and cash register.  This will extend the life of the equipment.

- Make certain that signage is clean and secure.  The signs are what initially catch the customer's attention, so make sure they look good.

- Regularly scrub and inspect the floor.  Not only will this make it more attractive, it will protect and prolong the life of the floor.

SOMG/1108.2

1:06CV01625

STORE OPERATIONS MANAGEMENT GUIDE

| | |
|---|---|
| SECTION:  SANITATION AND MAINTENANCE | DATE:  July 1992 |
| SUBJECT:  MAINTENANCE SAVINGS TECHNIQUES | PAGE:  1108.3 |

- Clean the air conditioning vents.  A clogged vent can cause a blown compressor and a bill for a new air conditioner.

- Set and regulate proper store temperature.  Lowering the ambient temperature can cut operating costs.  Also, keep the cold air inside.  Make certain the front door closes tightly and completely.

- Have a technician clean air conditioning coils regularly.  In hot environments even a little dust can cause the compressor to freeze up.  Keeping the coils cleaned out allows the unit to run more efficiently which saves energy and prolongs the life of the unit.  This can save 5% on air conditioning costs.

SOMG/1108.3

1:06CV01626

STORE OPERATIC    AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:    SANITATION AND MAINTENANCE** | **DATE:  July 1992** |
| **SUBJECT:    REFURBISHING** | **PAGE:  1107.1** |

---

## REFURBISHING

The image of a Baskin-Robbins is reflected through the store's overall appearance.  The refurbishing of the store is vital to the image of an individual business as well as to the image of the franchised system as a whole.  The appearance should be constantly evaluated.  Be certain to take a look at the following areas when evaluating the overall ambience of the store.

- **Exterior Signing:**    Updated with current logo and completely illuminated from dusk until 30 minutes after closing.

- **Customer Area:**    Floor covering.
  Wall coverings.
  Seating.
  Lighting.

- **Backbar:**    Backbar countertops.
  Backbar cabinets.
  Menu Board Signing.
  Cup Dispensers.

- **Equipment:**    Refrigeration equipment.
  Condition of dipping cabinets.
  Condition of the dessert case.
  Upright display case.
  Yogurt machines.
  Yogurt toppings center.

- **Staff:**    Current and complete uniforms including Baskin-Robbins hats and nametags.

- **Product Line:** The full range of Baskin-Robbins product lines offered.

**SOMG/1107.1**

1:06CV01627

STORE OPERATIONS A  MANAGEMENT GUIDE

SECTION:   SANITATION AND MAINTENANCE          DATE:   July 1992
SUBJECT:   REFURBISHING                         PAGE:   1108.1

---

## MAINTENANCE SAVINGS TECHNIQUES

The following tips have been included to assist in the efforts to control the repair and utility costs associated with operating a Baskin-Robbins store. The percentage savings figures included are averages and may or may not be representative of what an individual store is able to save using these techniques. Baskin-Robbins makes no guarantee as to the cost savings associated with the implementation of these procedures.

- Keep dipping cabinets fully stocked. Solid tubs of ice cream hold cold better than empty air, which means less energy used to keep product cold.

- Check gaskets on flip tops for proper seal all around.

- Defrost dipping cabinets regularly. Frost-free cabinets will run more efficiently, saving money and power, and prolonging their life. **Never** allow dipping cabinets to accumulate more than one half inch of frost.

- Use night covers. They keep out the moisture that causes frost. Since they sit flat over the ice cream, energy is not wasted in cooling the space above the tubs.

- Keep drains and floor sinks clean. Regular cleaning is much more inexpensive than paying a plumber's bills. Pour used sanitizer into the floor sinks and the soft drink system drain.

- Maintain proper dipping cabinet temperature. (Between -5° and -0° Fahrenheit)

- Regularly clean the condenser and motor area of the upright display case, the dessert case, the MCT, the yogurt machines, and the air conditioner. Cleaning the coils at least twice a year can cut their operating costs by 2% plus reduce the risk of losing product by having the unit fail, or not cool efficiently.

- Have a professional refrigeration contractor service the freezers and air conditioning annually. An annual inspection to check defrost times, fan motor functioning, and refrigerant charge can save 1% on the freezer's operating cost and increase the life of the freezer's condenser.

- Maintain proper upright display case temperature. (Between -10° and -5° Fahrenheit)

- Turn out freezer lights every night. This can cut costs by 7%.

**SOMG/1108.1**

1:06CV01628

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:  LOSS PREVENTION                          DATE:  July 1992
SUBJECT:  SAFETY                                   PAGE:  1207.1

## SAFETY

### GUIDELINES FOR SAFETY

Safety is often the most overlooked area of store management. If emphasis is not continuously placed on maintaining a safe workplace and place of business, many loss-provoking situations may occur. Losses of money, personnel, and productivity have an impact on your business. Good safety is good business. Experience has shown that in Baskin-Robbins stores, slips and falls, mishandling of sharp equipment, and improper lifting account for the vast majority of all accidents.

### SLIPS AND FALLS

Customers and employees are most frequently injured as a result of a slip or fall on wet or greasy floors. To lessen the possibility of such slips and falls, the following is recommended:

•   Constantly be alert to ice cream, water, and other spills on the floor. They must be wiped up immediately. Always dry the floor after mopping or wiping.

•   Pick up dropped objects immediately. Do not allow debris to accumulate on the floor.

•   All leaks and stopped-up floor drains should be repaired immediately.

•   Never turn sink faucets wide open where high pressure may cause splash-out.

•   Extend all equipment drain lines to drain.

•   Post "wet floor" stands and signs whenever floors are wet for any reason.

•   In snow areas, outside walks should be shoveled free of snow before it packs down with ice. When ice forms, it must be removed at once.

1:06CV01629