**EXHIBIT 1C**

1:06CV01630

# RULES FOR OPERATION
## OF BASKIN-ROBBINS STORE

1.  The store shall be kept open for business for twelve (12) months of each year and on each and every day, including holidays, during the hours of 11:00 a.m. to 10:00 p.m., excepting only on two (2) days selected by Franchisee and approved by Baskin-Robbins or any days required by law. This store may be kept open in excess of the hours indicated above at the option of Franchisee.

2.  Franchisee or its designated supervisor shall be physically present in the store and shall provide continuous supervision of Franchisee's employees during the hours of 7:00 p.m. to 9:30 p.m. every Monday through Friday and during the hours of 1:00 p.m. to 5:00 p.m. and 7:00 p.m. to 9:30 p.m. on each Saturday and Sunday. Such supervisor shall be a minimum age of twenty-one years or, if younger, shall have the prior written approval of Baskin-Robbins Operations Management and shall have attended such training as deemed necessary.

3.  Inside ceiling lights will be kept on during the business hours.

4.  The outside illuminated sign will be lighted for not less than the period of time between dusk and thirty (30) minutes after the closing of this store.

5.  There will be no change in the original store layout or equipment without the prior written approval of Baskin-Robbins.

6.  Franchisee shall at all times maintain this store, including all exterior signs and the interior of this store, including all fixtures and equipment and the adjacent sidewalk and parking areas, in good and neat condition.

7.  Franchisee shall maintain a complete assortment and sufficient quality of all Baskin-Robbins products approved for this Baskin-Robbins store. No products of any kind or nature other than such approved Baskin-Robbins products may be sold or distributed in or from this store.

8.  All local advertising using Baskin-Robbins trade names and/or trademarks must have prior written approval of Baskin-Robbins.

9.  Only window interior and exterior signs approved by Baskin-Robbins will be used.

10. Birthday Club sign-up cards and sign-up poster will be displayed and mailed postals will be redeemed for a free ice cream cone.

11. All personnel in the backbar or dessert preparation area must be in complete Baskin-Robbins uniform at all times.

12. There will be no smoking or gum chewing within the retail store area by Franchisee or its employees.

**SOMG/1301.1**

1:06CV01631

13. All personnel will participate in approved method or age sample taste of spoon merchandising of the various ice cream and yogurt flavors.

14. Portions and formulas on all fountain and/or beverages and carry-out items will be as designated by Baskin-Robbins.

15. All cartons, cups, boxes, and other containers or paper goods used in this store to package or dispense or wrap Baskin-Robbins products must bear the approved trademarks or trade names of Baskin-Robbins and only approved types of dishes, tableware, spoons, scoopers, cones, and utensils and other items used in serving Baskin-Robbins products will be used.

16. An ice maker will be available in this store, conforming to the specifications of the soft drink program.

17. No coin or token-operated machine of any type will be permitted in this store.

18. Customers will not be allowed in the back room or behind the counter at any time.

19. Franchisee agrees to contract for yellow pages listing, where made available, and will subscribe to white pages listing in local telephone directory as "Baskin-Robbins 31 Ice Cream" or as "Thirty-One Flavors Baskin-Robbins Ice Cream" -- "and/or Yogurt Stores" where applicable.

20. Franchisee will provide necessary refrigerated space to accommodate all frozen products which have been ordered to accommodate at least once a week delivery.

21. Ice Cream cones will be wrapped at all times for sanitation and customer satisfaction.

22. Franchisee will review the Baskin-Robbins marketing and operations program with all employees on a monthly basis.

23. Franchisee will maintain all yogurt standards as designated in the Frozen Yogurt Operational Manual.

24. Franchisee will maintain store cleanliness to Baskin-Robbins standards.

**SOMG/1301.2**

STORE OPERATIC   AND MANAGEMENT GUIDE

SECTION:   MISCELLANEOUS                                    DATE:  July 1992
SUBJECT:   ROLES AND ACTIVITIES OF THE FRANCHISEE  PAGE:  1302.1

---

### ROLES AND ACTIVITIES OF THE BASKIN-ROBBINS FRANCHISEE

The Baskin-Robbins Franchisee is challenged each day by a wide variety of tasks and activities. As Owner/Operator of a retail business, he/she must oversee and manage the full spectrum of store functions from maintenance to finance to leadership.  A comprehensive task analysis conducted by the Training Department isolated these major activities:

I.   <u>Management and Leadership</u>

   The Franchisee is responsible for all hiring, training, and issues related to employees.  In doing so, he/she:

   - Develops a profile of a successful salesperson to assist in assessment of applicants.
   - Recruits job applicants.
   - Interviews and assesses job applicants.
   - Makes hiring decisions.
   - Conducts orientation sessions for new salespeople.
   - Reinforces and coaches salespeople on their job performance.
   - Conducts salesperson performance appraisals.
   - Delegates most store tasks and monitors completion.
   - Promotes salespeople according to established standards and advancement programs.
   - Manages salesperson incentives.
   - Works on counter during day shifts, evening shifts, and weekend shifts.
   - Develops and implements salesperson employment policies and procedures.
   - Manages resignations and dismissals of salespeople.

II.  <u>Financial Management and Control</u>

   The Franchisee is responsible for all accounting and financial operations of the store.  In addition to compliance with State and Federal guidelines, a major concern is the control of store costs as a method of maximizing bottom line performance.  As part of this essential area, the Franchisee:

   - Completes daily bookkeeping and store audits.
   - Pays all invoices.
   - Maintains accurate and current files.

**SOMG/1302.1**

1:06CV01633

STORE OPERATIONS MANAGEMENT GUIDE

SECTION: MISCELLANEOUS

SUBJECT: ROLES AND ACTIVITIES OF THE FRANCHISEE

DATE: July 1992

PAGE: 1302.2

- Conducts inventories of the ice cream and yogurt supply and calculates the Cost of Ice Cream and Cost of Yogurt in relation to sales, thus tracking portion control, and monitoring theft and waste.
- Tracks hourly sales and customer counts, completes salesperson work schedules, and monitors payroll costs in relation to sales to control payroll.
- Completes inventories of paper products, fountain supplies, cones, and dessert supplies and calculates these costs in relation to sales, thus monitoring expenses of these categories.
- Writes all payroll checks.
- Completes monthly inventories of all store supplies as a preface to monthly financial statements.
- Develops a proforma or budget and monitors monthly sales and costs performance against that proforma or budget with the use of a spreadsheet and an analysis of a detailed monthly Profit & Loss Statement.
- Works closely with an accountant in preparation and analysis of financial statements and in meeting tax regulations.
- Completes and implements an annual financial business plan with the assistance of the District Manager.
- Implements security and loss prevention activities.

III. Marketing and Promotion

The Franchisee is responsible for conducting all marketing activities of the store. He/she implements and/or oversees all pricing, advertising, merchandising, and public relations activities in the store's market area. The goal is to increase store revenues through attracting new customers and encouraging repeat traffic. Specifically, the Franchisee:

- Implements and conforms with all National and Regional Baskin-Robbins promotional programs.
- Researches and analyzes the store's market area.
- Develops and implements local store marketing programs tailored to the store's market.
- Establishes and maintains prices according to sound pricing strategies.
- Tracks results of all promotional activities.
- Devises an annual promotional plan and implements it, assisted by the District Manager.

SOMG/1302.2

1:06CV01634

SECTION:   MISCELLANEOUS                                    DATE:  July 1992
SUBJECT:   ROLES AND ACTIVITIES OF THE FRANCHISEE   PAGE:  1302.3

---

IV.   Product Management

The Franchisee is responsible for all product-related activities of the store from the ordering of supplies to quality assurance.  The Franchisee:

- Teaches and monitors basic quality assurance.
- Inventories supplies and places orders with approved distributors to replenish as needed.
- Trains salespeople on proper product preparation and monitors compliance.

V.   Maintenance and Sanitation

The Franchisee is responsible for all cleaning, maintenance, and sanitation activities.  The goal is to both maintain the store in such a way that customers feel comfortable and to keep operating costs to a minimum.  The Franchisee, in performing these activities:

- Establishes and coordinates an organized system of cleaning and maintenance.
- Teaches basic maintenance and sanitation procedures to salespeople.
- Delegates, completes, and monitors all daily, semiweekly, weekly, biweekly, monthly, and quarterly maintenance tasks.
- Provides feedback to salespeople on cleaning and maintenance performance.
- Updates decor and equipment as required.

VI.   Other Activities

In addition to the tasks noted thusfar, the Franchisee also:

- Trains salespeople in customer service and selling skills and monitors performance.
- Conforms with all provisions of the Franchise Agreement and other Corporate documents.
- Consults with the District Manager.
- Attends Baskin-Robbins regional meetings and other activities.

1:06CV01635

STORE OPERATIONS AND MANAGEMENT GUIDE

**SECTION:   MISCELLANEOUS**
**SUBJECT:   MULTIPLE FRANCHISE QUALIFICATIONS**

**DATE:  July 1992**
**PAGE:  1303.1**

---

## MULTIPLE FRANCHISE QUALIFICATIONS

1.  The Franchisee must have signed the current form of the Franchise Agreement for the existing store.

2.  The existing store must be refurbished to the current standards or be in the process of so being refurbished.

3.  The Franchisee must have been in the Baskin-Robbins program at least one year.

4.  The Franchisee must submit a personal financial statement and a store operating statement which will evidence the Franchisee's ability to operate an additional store.

5.  The proposed additional store must be within close geographical proximity of the existing store, as determined by Baskin-Robbins.

6.  The Franchisee must be current in all his/her monetary obligations to Baskin-Robbins and shall have met such obligations in a timely manner throughout the term of the Franchise Agreement.

7.  The Franchisee must have complied with the Baskin-Robbins Rules of Operation.

8.  The Franchisee must have participated in all National and applicable Regional promotional programs and have attended Regional Marketing meetings.

9.  The Franchisee must demonstrate a positive attitude in support of the Baskin-Robbins System.

**SOMG/1303.1**

1:06CV01636

STORE OPERATIC     AND MANAGEMENT GUIDE

SECTION:    MISCELLANEOUS                          DATE:  July 1992
SUBJECT:   RESPONSIBILITIES PRIOR TO TAKEOVER      PAGE:  1304.1

---

## FRANCHISEE'S RESPONSIBILITIES PRIOR TO TAKEOVER

While Baskin-Robbins takes care of most of the store-related responsibilities prior to takeover, there are certain responsibilities that have to be handled by the Franchisee. We have listed below those areas that will need the attention of the Franchisee sometime prior to takeover. The District Manager may be able to help with some of the items listed, while an accountant may be able to help with others.

If there are any questions about any of these responsibilities or how they apply to a specific situation, we recommend that the District Manager be asked for clarification as soon as possible.

### NEW and RESALE STORES

1. <u>Business License:</u>  Applied for at City Hall.  Usually a fee is required and in most instances it is a sliding scale based on the estimated yearly gross.  At the end of the year, the Franchisee will be required to submit a financial statement.  In the case of underpayment, the balance will be due.  With overpayment, the difference will be credited toward the next renewal period.  The license office should assist in providing information regarding approval of other City departments and other necessary documents.

2. <u>Internal Revenue Service (IRS):</u>  Contact the local IRS office for assignment of "Employers Identification Number" for Social Security (FICA), Federal Withholding Tax (FITW), and Federal Unemployment Insurance (FUTA) that will be withheld from employees' paychecks.  Also, ask the IRS for the "Mr. Businessman's Kit."

3. <u>Tax or Franchise Number:</u>  Obtain from State Tax Board because (1) you are self-employed and will be paying your personal State income tax directly to them, and (2) you will be paying tax on items such as syrups, cups, dry ice, etcetera.

4. <u>State Board of Equalization:</u>  This agency will issue you a permit to collect State sales tax.  A deposit is usually required.

5. <u>Benefit Payments Department:</u>  Similar to #2 except that this refers to the State rather than Federal government.

1:06CV01637

STORE OPERATIONS AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:** MISCELLANEOUS | **DATE:** July 1992 |
| **SUBJECT:** RESPONSIBILITIES PRIOR TO TAKEOVER | **PAGE:** 1304.2 |

6. <u>State and Federal Labor Departments</u>: W-4's are obtained here as well as copies of appropriate laws and posters. Contact Federal office if there is not a local one in town.

7. <u>Health Permit</u>: An inspection may be needed around the opening/transfer date of the store. They will want to talk to the Franchisee, post "Wash Your Hands" stickers, etcetera.

8. <u>Insurance</u>: Full coverage insurance must be secured prior to opening. The policy must include the following as "additionally insured": Area Franchisor, Baskin-Robbins USA, Co., and the Prime Lessor. See Section 14 of the Franchise Agreement for further details.

9. <u>School District Work Authorities</u>: To be contacted before any school-age people (under age 18) are employed. Work permits are required before employment, and school authorities can assist in providing job applicants.

10. <u>Chamber of Commerce</u>: Not required, but very helpful. The Franchisee should join as soon as possible to learn how the Chamber could be helpful in ribbon cutting, grand opening, advertising, etcetera.

11. <u>Telephone</u>: The local telephone business office must be contacted at least a week ahead to have service billing changed over. Sometimes signature cards must be signed and returned. Small fee. Ensure that the store address and telephone number are listed in the yellow pages.

12. <u>Utilities</u>: Gas, water, electricity must be notified of change of billing name and address. Possible deposits.

13. <u>Garbage Service</u>: Should be arranged for 1½ to 2 yards per week. Determine the type of service that may have already been planned before ordering.

14. <u>Items Not Supplied by Baskin-Robbins</u>: Contact District Manager for a list of recommended non-Baskin-Robbins supplies.

15. <u>Pricing</u>: The Franchisee should use his/her own knowledge, information from Training, and local conditions to determine prices, and have the prices or any changes ready prior to takeover.

**SOMG/1304.2**

STORE OPERATIONS AND MANAGEMENT GUIDE

SECTION:  MISCELLANEOUS                              DATE:  July 1992
SUBJECT:  RESPONSIBILITIES PRIOR TO TAKEOVER         PAGE:  1304.3

16.  <u>Banking</u>:  A business account, different from a personal account, should be set up with a nearby bank and checks ordered.

17.  <u>Accounting</u>:  Select an accountant or arrange for an electronic accounting service.

18.  <u>Stationery and Business Cards</u>:  Order approved format business cards and letterhead from Corporate Graphics.  Allow a few weeks for production and delivery.

19.  <u>Phone List</u>:  Make sure there is a list of emergency and frequently used numbers such as refrigeration, plumbing, electric, HVAC, distributors, ice cream order number, District Manager, etcetera, posted.

20.  <u>Ice Cream and Supply Ordering</u>:  Ordering, delivery, and billing information for ice cream and other supplies will be needed.  The District Manager will have this information or will put the Franchisee in contact with the appropriate people.

21.  <u>Post-BMEP Debriefing/Training</u>:  Arrange a time to meet with the District Manager for a BMEP debriefing session and some additional training on specific regional/local topics.

22.  <u>Check with a lawyer and accountant for any other business requirements.</u>

NEW STORES ONLY

23.  <u>Employees</u>:  The Franchisee will need to write both a personnel profile and a job description.  He/she will need to set up a schedule for interviewing potential employees and set a time for their initial training.  A set of store rules and policies will be needed, also.

24.  <u>Uniforms</u>:  Be sure all employees are supplied with complete approved uniforms.

25.  <u>Dessert Case</u>:  Arrange time to stock the dessert case prior to opening.

SOMG/1304.3

1:06CV01639

Case 1:06-cv-01422-EGS    Document 25    Filed 08/24/2006    Page 11 of 18

SECTION:  MISCELLANEOUS                                      DATE:  July 1992
SUBJECT:  RESPONSIBILITIES PRIOR TO TAKEOVER                 PAGE:  1304.4

### RESALE STORES ONLY

25.  <u>Inventory:</u>  Set up a mutually acceptable time with the Seller and District Manager for taking a full physical inventory on the day of transfer.

26.  <u>Locks:</u>  Arrange to have **all** store locks and safe combinations changed the day of the transfer.

27.  <u>Employees:</u>  Schedule, as soon as possible, a mandatory staff meeting to allow the Franchisee to meet all new employees and to discuss the store rules and policies.

SOMG/1304.4

1:06CV01640

**STORE OPERATIO   AND MANAGEMENT GUIDE**

SECTION:   MISCELLANEOUS                                    DATE:  July 1992
SUBJECT:   ROLES OF THE DISTRICT MANAGER                    PAGE:  1305.1

---

## ROLES OF THE DISTRICT MANAGER

The Baskin-Robbins District Manager is the critical link between corporate Baskin-Robbins and the Franchisees.  The District Manager represents the company to the Franchisees and the Franchisees to the company.  He/she is the resource of knowledge on policies and procedures, the consultant and business advisor to the Franchisees, and the representative of field operations to Baskin-Robbins USA.  Both the company and the Franchisees benefit from the knowledge and experience of the District Manager.  The District Manager is a direct connection to Baskin-Robbins USA.  The District Manager is your personal consultant on any and all Baskin-Robbins related issues.  The specific duties of the District Manager are outlined below.

I.   Communication

The District Manager is responsible for the majority of the communication of Baskin-Robbins programs and policies to the Franchisee.  This includes:

A.   Providing and maintaining a consultative relationship with each assigned Franchisee and/or Manager conducive to the communication of knowledge, information, and ideas related to the application of all applicable Baskin-Robbins policies, procedures, practices, and programs.

B.   Motivating and inspiring each Franchisee and/or Manager to use and apply all applicable Baskin-Robbins policies, procedures, practices, and programs.

C.   Assisting with the planning and development of and conducting district/cluster meetings.

D.   Assisting in the planning of and conducting employee workshops.

E.   Responding to issues such as customer and Franchisee complaints and product contamination.

II.   Franchisee Selection Process

The District Manager assists the Franchise Manager and the Operations Manager in the selection of new franchisees and in the process of evaluating current operations of existing Franchisees wishing to purchase additional stores.

SOMG/1305.1

STORE OPERATIONS A   MANAGEMENT GUIDE

SECTION:  MISCELLANEOUS                          DATE:  July 1992
SUBJECT:  ROLES OF THE DISTRICT MANAGER          PAGE:  1305.2

III.  Store Operations

The District Manager oversees the operation of all assigned franchised stores and evaluates the store's adherence to Baskin-Robbins policies and procedures. This includes:

A.  Counseling and guiding each assigned Franchisee and/or Manager regarding use, handling techniques, inventory, and control of all Baskin-Robbins products and supplies.

B.  Counseling, guiding, and assisting each assigned Franchisee and/or Manager regarding use, cleaning, maintenance, and servicing of store premises and equipment.

C.  Guiding and assisting each assigned Franchisee and/or Manager regarding the Baskin-Robbins dessert program.

D.  Counseling, guiding, and assisting each assigned new Franchisee and/or Manager regarding a new store opening or transfer.

E.  Monitoring all stores during the day and evening hours and giving constructive feedback on the overall store operations both orally and through the use of the Store Visitation Summary.

IV.  Marketing, Advertising, Public Relations

The District Manager plays a role in the implementation of National, Regional, and Local marketing, advertising, and public relations efforts. This includes:

A.  Communicating and explaining the details of all Baskin-Robbins advertising/promotional programs to each assigned Franchisee and/or Manager and encouraging and monitoring his/her participation in the programs.

B.  Counseling and guiding each assigned Franchisee and/or Manager regarding the application of merchandising programs and selling techniques.

C.  Counseling, guiding, and assisting each assigned Franchisee and/or Manager in the formulation and implementation of local advertising/promotion objectives, action plans, and budgets.

SOMG/1305.2

STORE OPERATING AND MANAGEMENT GUIDE

| | |
|---|---|
| **SECTION:  MISCELLANEOUS** | **DATE:  July 1992** |
| **SUBJECT:  ROLES OF THE DISTRICT MANAGER** | **PAGE:  1305.3** |

---

    D.    Monitoring of each assigned Franchisee's and/or Manager's participation in programs to ensure compliance with Franchise Agreement.

**V.   Financial Management**

The District Manager is responsible for assisting Franchisees in their efforts to maximize profits and minimize the costs associated with the operation of the store.  This includes:

    A.    Guiding and assisting each assigned Franchisee in the formulation of a yearly Business Plan detailing sales goals and cost control measures to be implemented by the Franchisee and/or Manager.

    B.    Counseling, guiding, and assisting each assigned Franchisee and/or Manager with the establishment, maintenance, and analysis of financial management programs.

    C.    Maintaining monthly and annual gross sales and gallonage figures for each assigned store for computing and analytical purposes.

    D.    Maintaining files, completing reports, and advising Division Management regarding each assigned store's financial health.

**VI.   Salesperson Management**

The District Manager may assist each assigned Franchisee and/or Manager regarding salesperson management.

**VII.   Training**

The District Manager is responsible for training each assigned Franchisee and/or Manager on all applicable new and existing programs outside of the initial training received during the Business Management Education Program.  this includes:

    A.    Counseling and guiding each assigned Franchisee and/or Manager regarding the continuous application of Baskin-Robbins customer relations philosophies.

**SOMG/1305.3**

STORE OPERATIONS AND MANAGEMENT GUIDE

**SECTION: MISCELLANEOUS**
**SUBJECT: ROLES OF THE DISTRICT MANAGER**

**DATE: July 1992**
**PAGE: 1305.4**

---

B. Counseling and guiding each assigned Franchisee and/or Manager on the implementation of new Baskin-Robbins programs or equipment in the store.

C. Conducting salesperson seminars, including but not limited to, SMASH.

D. Assisting post-BMEP Franchisees and/or Managers in implementing Baskin-Robbins policies and procedures.

VIII. Real Estate

The District Manager is responsible for assisting the Real Estate Manager and the Operations Manager in the evaluation of new and renewal locations. This includes:

A. Recommending potential locations for new stores.

B. Assisting in the evaluation of real estate location for new store sites, relocations, and lease extensions or renewals.

C. Contacting landlords regarding property complaints due to common area maintenance, roof leaks, etcetera.

D. Consulting with each assigned Franchisee and/or Manager regarding property related issues prior to lease renewal or extension.

IX. Store Construction

The District Manager interfaces with Store Construction during the building of a new store and on issues related to refurbishing. This includes:

A. Inspecting stores in the process of construction and reporting to the Division Store Construction Manager on progress.

B. Inspecting completed premises, accepting premises from the Store Construction Manager, and following up on any minor items to be completed.

C. Counseling, guiding, and assisting each assigned Franchisee and/or Manager regarding the refurbishment of the store.

**SOMG/1305.4**

STORE OPERATION AND MANAGEMENT GUIDE

**SECTION:** **MISCELLANEOUS**
**SUBJECT:** **ROLES OF THE DISTRICT MANAGER**

**DATE: July 1992**
**PAGE: 1305.5**

---

X.  <u>Division/Corporate Support</u>

The District Manager is responsible for the planning, development, and support of all Baskin-Robbins policies, procedures, practices, and programs.  This includes:

A.  Supporting company policy and protecting the integrity of the Baskin-Robbins system.

B.  Assisting in the planning, development, and implementation of Divisional Special Projects.

C.  Assisting the Division Management with the establishment of monthly and annual operations plans and priorities.

D.  Being aware of and reporting on the competition and the trends relative to our product line.

XI.  <u>Company-Owned Store</u>

From time to time the District Manager may also have direct operational and financial responsibility of company-owned stores.

**SOMG/1305.5**

1:06CV01645

# DECIMAL WEIGHT CONVERSION CHART

| lb. | oz. | lb. | oz. | lb. | oz. | lb. | oz. |
|---|---|---|---|---|---|---|---|
| 0.01 lb. | 1/4 oz. | 0.26 lb. | 4 1/4 oz. | 0.51 lb. | 8 1/4 oz. | 0.76 lb. | 12 1/4 oz. |
| 0.02 lb. | 1/4 oz. | 0.27 lb. | 4 1/4 oz. | 0.52 lb. | 8 1/4 oz. | 0.77 lb. | 12 1/4 oz. |
| 0.03 lb. | 1/2 oz. | 0.28 lb. | 4 1/2 oz. | 0.53 lb. | 8 1/2 oz. | 0.78 lb. | 12 1/2 oz. |
| 0.04 lb. | 3/4 oz. | 0.29 lb. | 4 3/4 oz. | 0.54 lb. | 8 3/4 oz. | 0.79 lb. | 12 3/4 oz. |
| 0.05 lb. | 3/4 oz. | 0.30 lb. | 4 3/4 oz. | 0.55 lb. | 8 3/4 oz. | 0.80 lb. | 12 3/4 oz. |
| 0.06 lb. | 1 oz. | 0.31 lb. | 5 oz. | 0.56 lb. | 9 oz. | 0.81 lb. | 13 oz. |
| 0.07 lb. | 1 oz. | 0.32 lb. | 5 oz. | 0.57 lb. | 9 oz. | 0.82 lb. | 13 oz. |
| 0.08 lb. | 1 1/4 oz. | 0.33 lb. | 5 1/4 oz. | 0.58 lb. | 9 1/4 oz. | 0.83 lb. | 13 1/4 oz. |
| 0.09 lb. | 1 1/2 oz. | 0.34 lb. | 5 1/2 oz. | 0.59 lb. | 9 1/2 oz. | 0.84 lb. | 13 1/2 oz. |
| 0.10 lb. | 1 1/2 oz. | 0.35 lb. | 5 1/2 oz. | 0.60 lb. | 9 1/2 oz. | 0.85 lb. | 13 1/2 oz. |
| 0.11 lb. | 1 3/4 oz. | 0.36 lb. | 5 3/4 oz. | 0.61 lb. | 9 3/4 oz. | 0.86 lb. | 13 3/4 oz. |
| 0.12 lb. | 2 oz. | 0.37 lb. | 6 oz. | 0.62 lb. | 10 oz. | 0.87 lb. | 14 oz. |
| 0.13 lb. | 2 oz. | 0.38 lb. | 6 oz. | 0.63 lb. | 10 oz. | 0.88 lb. | 14 oz. |
| 0.14 lb. | 2 1/4 oz. | 0.39 lb. | 6 1/4 oz. | 0.64 lb. | 10 1/4 oz. | 0.89 lb. | 14 1/4 oz. |
| 0.15 lb. | 2 1/2 oz. | 0.40 lb. | 6 1/2 oz. | 0.65 lb. | 10 1/2 oz. | 0.90 lb. | 14 1/2 oz. |
| 0.16 lb. | 2 1/2 oz. | 0.41 lb. | 6 1/2 oz. | 0.66 lb. | 10 1/2 oz. | 0.91 lb. | 14 1/2 oz. |
| 0.17 lb. | 2 3/4 oz. | 0.42 lb. | 6 3/4 oz. | 0.67 lb. | 10 3/4 oz. | 0.92 lb. | 14 3/4 oz. |
| 0.18 lb. | 3 oz. | 0.43 lb. | 7 oz. | 0.68 lb. | 11 oz. | 0.93 lb. | 15 oz. |
| 0.19 lb. | 3 oz. | 0.44 lb. | 7 oz. | 0.69 lb. | 11 oz. | 0.94 lb. | 15 oz. |
| 0.20 lb. | 3 1/4 oz. | 0.45 lb. | 7 1/4 oz. | 0.70 lb. | 11 1/4 oz. | 0.95 lb. | 15 1/4 oz. |
| 0.21 lb. | 3 1/4 oz. | 0.46 lb. | 7 1/4 oz. | 0.71 lb. | 11 1/4 oz. | 0.96 lb. | 15 1/4 oz. |
| 0.22 lb. | 3 1/2 oz. | 0.47 lb. | 7 1/2 oz. | 0.72 lb. | 11 1/2 oz. | 0.97 lb. | 15 1/2 oz. |
| 0.23 lb. | 3 3/4 oz. | 0.48 lb. | 7 3/4 oz. | 0.73 lb. | 11 3/4 oz. | 0.98 lb. | 15 3/4 oz. |
| 0.24 lb. | 3 3/4 oz. | 0.49 lb. | 7 3/4 oz. | 0.74 lb. | 11 3/4 oz. | 0.99 lb. | 15 3/4 oz. |
| 0.25 lb. | 4 oz. | 0.50 lb. | 8 oz. | 0.75 lb. | 12 oz. | 1.00 lb. | 16 oz. |

SOMG/1306.1

1:06CV01646

STORE OPERATIC⋯ AND MANAGEMENT GUIDE

SECTION:   MISCELLANEOUS                      DATE:  July 1992
SUBJECT:   READING LIST                       PAGE:  1307.1

---

### READING LIST

Arbuckle, Wendell S., *Ice Cream*, Westport, Connecticut, The AVI Publishing Company, Inc., 1977.

Grandara, Lonnie, *Ice Cream and Frozen Desserts*, California Culinary Academy series, San Ramon, California, Chevron Chemical Company, c. 1988.

Kamoroff, Bernard, *Small Time Operator*, Laytonville, California, Bell Springs Publishing, 1991.

Norman, Jill, *Ice Creams and Sorbets*, New York, Bantam Books, 1991.

Placencia, Jose, Bruce Welge, and Don Oliver, *Financial Accounting Guide for Small Business*, Grants Pass, Oregon, The Oasis Press, c. 1989.

Resnick, Paul, *The Small Business Bible*, New York, John Wiley and Sons, c. 1988.

1:06CV01647