**EXHIBIT 1E**

1:06CV01711

## Quality Assurance Food Safety & Sanitation Inspection

### Baskin Robbins

| | | | |
|---|---|---|---|
| Shop: | BR-361488 | Violations: | 16 |
| | | Cured in the Moment: | 1/16 |
| Franchisee/Manager: | Chiarod Raungtriphop | Auditor: | Joseph Thomas |
| Address: | 2604 CONNECTICUT AVE NW | Date: | Jul 28, 2006 |
| | WASHINGTON, DC 20008 | | |
| Start Time: | 12:25 PM | Stop Time: | 02:30 PM |

Franchisee/Manager Signature:

Auditor Signature:

| Summary | Violations | Cured in the Moment |
|---|---|---|
| Sanitation | 7 | 1 |
| Time & Temperature | 2 | 0 |
| Hygiene | 1 | 0 |
| Operations | 3 | 0 |
| Documentation | 3 | 0 |
| Total | 16 | 1 |

### Sanitation

**S01**   Violation, Cured in the Moment:
**Are sanitizer solutions clean and of adequate concentration and test strips used?**

Answer: WAREWASH SINK:
- Kay Chlorinating Sanitizer in warewash sink observed at 0 ppm. CURED IN THE MOMENT.

Corrective Action: _____

**S04**   Violation
**Are necessary brushes and cleaning utensils available and in use?**

Answer: SPONGE IN USE:
- Multiple sponges observed in triple sink.

Corrective Action: _____

**S05**   Violation
**Are appropriate utensils approved and stored properly (e.g. on a clean dry surface or in product, not in standing water, and dipper well water running)?**

Answer: NOT IN PRODUCT:
- Scoop observed stored in product in reach-in freezer.

Corrective Action: _____

Answer: NOT ON CLEAN DRY SURFACE:
- Cake decorating tips observed stored on soap holder in sink next to mixer.

Corrective Action: _____

Answer: SANITIZED ITEMS STORED WITH UNSANITIZED ITEMS:
- Utensils observed stored in drawer with sunglasses

1:06CV01712

Corrective Action: _____

    Answer: SINGLE USE UTENSIL USED TO SERVE FOOD:
- Single use pink spoon observed used to scoop peanuts.

Corrective Action: _____

**S06**    Violation
**Are food and utensils stored in approved containers? (e.g. not in single-use packaging)**

    Answer: FOOD IN UNAPPROVED CONTAINER:
- Sprinkles observed stored in non-NSF approved container.

Corrective Action: _____

    Answer: CUSTOMER UTENSIL IN UNAPPROVED CONTAINER:
- Straws observed stored in hand packed tub.

Corrective Action: _____
- Cake flags observed in small ice cream cups.

Corrective Action: _____

**S07**    Violation
**Are equipment and utensils washed, rinsed and sanitized properly and at proper frequency?**

    Answer: OTHER:
- Encrusted debris observed on the blade of the can opener.

Corrective Action: _____

**S08**    Violation
**Is hot and cold running water available at all sinks?**

    Answer: NO HOT WATER:
- Hot water heater broke prior to beginning of audit. Technician is scheduled to fix at 3:30.

Corrective Action: _____

**S09**    Violation
**Are chemicals approved by corporate and used in accordance with manufacturer's instructed use?**

    Answer: UNAPPROVED:
- Murphy's oil floor cleaner observed in back area.

Corrective Action: _____

## Time & Temperature

**T01**    Violation
**Are food probe thermometers in use, accurate to within 2°F (1°C), and sanitized properly?**

    Answer: NOT ACCURATE:
- Both thermometers were over 10°F out of calibration.

Corrective Action: _____

**T03**    Violation
**Are refrigerated items in storage units stored at 41°F maximum. (e.g. Walk-ins)**

    Answer: TEMP ABOVE 41°F:
- Milk in reach-in under triple sink observed at 54°F.

Corrective Action: _____

## Hygiene

**H02**    Violation
**Do the employees and store manager understand Dunkin' Brands' standard for Employee Health and is placard posted?**

    Answer: MANAGER CAN'T RECITE SYMPTOMS:
- Manager missed sneezing, Jaundice, fever, and skin lesions.

Corrective Action: _____

    Answer: PLACARD NOT POSTED:

1:06CV01713

- The placard is not posted.

Corrective Action: _____

## Operations

O01    Violation
**Is store free of pests? (e.g. no evidence of bugs, rodents, or birds)**

Answer: COCKROACHES:
- German cockroaches observed under small refrigerator in back area.

Corrective Action: _____
- German cockroaches observed under soda storage.

Corrective Action: _____
- Cockroach observed in cabinet.

Corrective Action: _____
- Many cockroaches observed under cabinet/prep area.

Corrective Action: _____

O07    Violation
**Are premises clean and maintained? (e.g. non-food contact surfaces including dumpster area, restroom, toilets, sinks, floors, walls, ceilings, storeroom and restroom supplies available.)**

Answer: FLOORS:
- Excessive debris observed on floor near back door.

Corrective Action: _____
- Excessive debris observed under the cabinets in the serving area.

Corrective Action: _____

Answer: CARDBOARD LINING SHELVES:
- Cardboard observed lining shelves under waffle maker.

Corrective Action: _____

Answer: GASKETS:
- Cake cooler gaskets observed heavily encrusted with debris.

Corrective Action: _____

Answer: SHELVING:
- Encrusted debris observed on shelf in between soda fountain and reach-in.

Corrective Action: _____

O08    Violation
**Are food and packaging protected from contamination?**

Answer: NOT 6 INCHES OFF OF FLOOR:
- Cake boxes observed stored directly on floor.

Corrective Action: _____
- Cake creme observed stored directly on floor.

Corrective Action: _____
- Multiple items in the walk-in freezer observed stored directly on floor. CURED IN THE MOMENT.

Corrective Action: _____

Answer: PERSONAL BELONGINGS ON FOOD OR PACKAGING:
- Multiple personal items observed stored above exposed cake boxes.

Corrective Action: _____

Answer: PACKAGING NOT INVERTED:
- Cake pads observed stored with food contact surface face up.

Corrective Action: _____

## Documentation

D01    Violation
**Are Retail Food Safety System Self-Assessments being completed accurately on a monthly basis and**

1:06CV01714

Answer: NO DOCUMENTATION:
- No documentation available. Manager said he threw it away.

Corrective Action: _____

D02   /Violation
**Were coliform tests conducted by Franchisee (minimum 2 per month and each item retested until results are within specification)?**

Answer: NO DOCUMENTATION:
- No documentation available.

Corrective Action: _____

D03   /Violation
**Are receiving temperatures, observations and corrective actions documented for each delivery received?**

Answer: NO DOCUMENTATION:
- No documentation available.

Corrective Action: _____

1:06CV01715

**Re-inspection Notes:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FSM Signature: _____ Date: _____

Franchisee/Manager Signature: _____ Date: _____

1:06CV01716