**EXHIBIT 1F**

1:06CV01717

# DUNKIN' BRANDS, INC.
## QUALITY ASSURANCE FOOD SAFETY & SANITATION INSPECTION
## NOTICE OF DEFAULT AND NOTICE TO CURE - 24 HOURS

PC #: BR-361488                                         HAND DELIVERED
Address: 2604 CONNECTICUT AVE NW WASHINGTON, DC 20008
Franchisor: Baskin Robbins

Your restaurant was inspected today for compliance with Dunkin' Brands' Food Safety and Sanitation standards. A copy of the Report is attached to this notice. Any violations of standards are identified as deficiencies in the Report. Any deficiency in any of the standards referenced in the Report is a default under the terms of your Franchise Agreement and must be cured in accordance with this notice.

The deficiencies **must be cured within *twenty-four (24) hours*** from the receipt of this notice. If you are unable to cure a deficiency or deficiencies within the cure period, you must immediately contact your Franchise Services Manager to request an extension of time. Any extension of time granted must be in writing. Receipt of this notice is effective upon delivery to the restaurant. If it should be determined, as a matter of law, that a longer cure period is required, then that longer period of time is applicable to this notice.

Your restaurant will be re-inspected without advance notice following the expiration of time provided in this notice. If all of the defaults are not cured by that time, you will be obligated to pay the costs of any re-inspection of your restaurant and, if we file a lawsuit seeking an order from the court that you cure the defaults, or for termination of your Franchise Agreement, you will be required to pay our legal fees and costs in bringing the action. Failure to timely cure the defaults may also result in loss of any franchise renewal rights that you may have, rights to develop additional restaurants, or other valuable rights.

**This notice is being hand-delivered this 28th day of July, 2006 to you as Franchisee or in care of the employee in charge of the restaurant. The employee has been instructed to notify you of this notice immediately.**

**Dunkin' Brands Representative:**

(Signature)

Joseph Thomas
(Print)

This notice supplements any Notice of Default and/or Termination previously sent, relating to this restaurant. This notice does not supersede any prior Notice nor does it constitute a waiver of any rights pursuant to any Notice.