**EXHIBIT 2**

1:06CV01719

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC )<br>a Delaware Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAIROD RAUNGTRIPHOP and )<br>YUPIN RAUNGTRIPHOP, )<br>Both residents of the District of Columbia, )<br>)<br>Defendants. )<br>) | C.A. No. _____ |

## **CERTIFICATION OF JEAN LYLES**

1. My name is Jean Lyles. I am a citizen and resident of the Commonwealth of Virginia, and I make this Certification based on personal knowledge and in support of Baskin-Robbins Franchised Shops LLC's Memorandum in Support of Its Motion for a Preliminary Injunction.

2. I am presently employed by Baskin-Robbins Franchised Shops LLC's ("Baskin-Robbins") as a Market Manager. I have been a Market Manager since November of 2005.

3. As a Market Manager, my responsibilities include inspecting the shops of Baskin-Robbins franchisees located within my designated geographic market to ensure that they comply with the standards of Baskin-Robbins. My geographic market of responsibility has included Defendants' shop located at 2604 Connecticut Avenue, Northwest, Washington, District of Columbia 20008 ("Defendants' Shop") for approximately five and a half years now.

4.  On July 28th, 2006, Defendants' Shop was inspected by the Steritech Group Inc., a third party hired by Plaintiffs to conduct food safety inspections. Numerous standards violations were found to exist at the shop involving issues of health, sanitation, and safety. (*See* Ex. 1E)

5.  On July 31st, 2006, I reinspected the Defendants' Shop. Numerous standards violations still existed at the shop. I noted the specific violations present on the Quality Assurance Food Safety & Sanitation Inspection ("QAFSSI") form under the notes section labeled "Reinspection Notes". The specific violations present on July 28th, 2006, are noted in the table labeled "...Uncured Violations from Previous Inspection," on the QAFSSI form I completed. A true and correct copy of the QAFSSI is attached hereto as Exhibit A. I also took photographs of many of the standards violations. True and correct copies of the photographs are attached hereto as Exhibit B.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of August, 2006.

_____
Jean Lyles

32877_1.WPD

1:06CV01721