**EXHIBIT 2B**





PC 361488          008          7/31/06

CONDENSATION AND ICE ON CAKES IN

DISPLAY COOLER

PC 361488          010     7/31/06

PRODUCT IN THAW NOT DATED FOR EXPIRATION.

1:06CV01726





1:06CV01727

PC 361488            010            7/31/06

PRODUCT IN THAW NOT DATED FOR EXPIRATION.

PC 361488            010            7/31/06

PRODUCT NOT WITHIN CODE DATE

MARKED WITH EXPIRATION OF 7/28/06.

1:06CV01728





PC 361488          007          7/31/06

CAKE COOLER GASKETS HEAVILY ENCRUSTED
WITH DEBRIS.

PC 361488          007          7/31/06

CAKE COOLER GASKETS HEAVILY ENCRUSTED
WITH DEBRIS.





1:06CV01731

PC 361488          TOI     7/31/06

THERMOMETER #2   OUT OF CALIBRATION

PC 361488            TOI       7/31/06

THERMOMETER #1  OUT OF CALIBRATION
AND  NON-ADJUSTABLE.





PC 361488          T19          7/31/06

FROZEN FOOD NOT STORED  -10 to 0°F MAX.
QUARTS MELTING IN CUSTOMER SELF-SERVICE (MCT).


PC 361488          O10          7/31/06

PRODUCT NOT LABELED (NUTS) TO CONTENT.

1:06CV01734





PC 361488            OIO      7/31/06

PRODUCT NOT LABELED (MALT POWDER) TO CONTENTS

PC 361488            OIO      7/31/06

PRODUCT NOT LABELED (NUTS) TO CONTENT.

1:06CV01736





PC 361488          007          7/31/06

EXCESSIVE DEBRIS ON FLOOR IN STORAGE AREA.

PC 361488          007          7/31/06

EXCESSIVE DEBRIS ON FLOOR NEAR BACK DOOR.





1:06CV01739

DC 361488        007        7/31/06

EXCESSIVE DEBRIS ON FLOOR NEAR BACK DOOR.

PC 361488        007        7/31/06

EXCESSIVE DEBRIS ON FLOOR BEHIND
ICE MACHINE.





PC  361488          007          7/31/06

EXCESSIVE  DEBRIS  IN  COUNTER /CABINET

IN  CAKE  DECORATING  AREA.

PC 361488          007          7/31/06

EXCESSIVE  DEBRIS  IN  CABINET

NEAR  CAKE  DECORATING  AREA.





PC 361488          509          7/31/06

UNAPRROVED CHEMICALS STORED IN SINK AREA.


PC 361488          509          7/31/06

UNAPPROVED CHEMICALS STORED IN SINK AREA.



PC 361488     SOI     7/31/06

KAY CHLORINATING SOLUTION IN RED BUCKET OBSERVED
AT 0 ppm.