**EXHIBIT 4A**

1:06CV01764

# DUNKIN' BRANDS, INC.
## QUALITY ASSURANCE FOOD SAFETY & SANITATION REINSPECTION

To: __CHAIROD RAUNGTRIPHOP__ (Franchisee)   Date: __7/31/06__

Address: __2604 CT. AVE__ (Restaurant)   PC #: __361488__

__WASH. DC__   FSM: __JEAN LYGES__

Where there any uncured violations from the previous inspection?   (YES)   NO
Where there any new violations noted during this inspection?   (YES)   NO

### Indicate all Uncured Violations from previous Inspection

| SANITATION | TIME & TEMPERATURE | HYGIENE | OPERATIONS | DOCUMENTATION |
|---|---|---|---|---|
| ✗ S01 | ✗ T01 | ☐ H01 | ☐ O01 | ✗ D01 |
| ☐ S02 | ☐ T02 | ✗ H02 | ☐ O02 | ✗ D02 |
| ☐ S03 | ☐ T03 | ☐ H03 | ☐ O03 | ✗ D03 |
| ☐ S04 | ☐ T04 | ☐ H04 | ☐ O04 | ☐ D04 |
| ✗ S05 | ☐ T05 | ☐ H05 | ☐ O05 | ☐ D05 |
| ☐ S06 | ☐ T06 | ☐ H06 | ☐ O06 | ☐ D06 |
| ☐ S07 | ☐ T07 |  | ✗ O07 | ☐ D07 |
| ☐ S08 | ☐ T08 |  | ✗ O08 | ☐ D08 |
| ✗ S09 | ☐ T09 |  | ☐ O09 | ☐ D09 |
| ☐ S10 | ☐ T10 |  | ☐ O10 | ☐ D10 |
|  | ☐ T11 |  |  | ☐ D11 |
|  | ☐ T12 |  |  | ☐ D12 |

Reinspection Notes (List all new violations noted during inspection):

S05 - UTENSILS STORED IN STANDING WATER IN SYRUP RAIL

O08 - CONDENSATION/ICE ON CAKES IN DESSERT DISPLAY

O10 - PRODUCT NOT DATED FOR EXPIRATION IN THAW
  STRAWBERRIES, BLAST MIX
  - PRODUCT NOT LABELED
  NUTS, MALT
  - PRODUCT NOT WITHIN CODE DATE

T19 - FROZEN FOOD NOT STORED 10°F MAX.