UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC<br>a Delaware Limited Liability Company,<br>130 Royall Street, Canton, MA 02021<br><br>    Plaintiff,<br><br>v.<br><br>CHAIROD RAUNGTRIPHOP and<br>YUPIN RAUNGTRIPHOP,<br>  Both residents of the Commonwealth of Virginia<br>9481 Gauge Drive, Fairfax Station, VA 22039<br><br>    Defendants. | C.A. No. 1:06CV01492 (EGS) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, Baskin-Robbins Franchised Shops LLC, by counsel, moves this Court for an extension of time for Defendants, Chairod Raungtriphop and Yupin Raungtriphop, to answer, plead, or otherwise respond to the Complaint filed by the Plaintiff, Baskin-Robbins Franchised Shops LLC, to and including September 25, 2006, and in support thereof, state as follows:

1.    Plaintiff served the Complaint in this matter upon the Defendants on August 25, 2006.

2.    Defendants have requested, and Plaintiff has agreed, to allow Defendants an extension of time in which to answer, plead, or otherwise respond through and including September 25, 2006.

3.    An Consent Order regarding the extension is attached.

4.    The time for Defendants to answer, plead, or otherwise respond to the Complaint has not passed.

WHEREFORE, Plaintiff, requests that this Court enter the attached Consent Order, granting Defendants an extension of time to answer, plead, or otherwise respond to the Complaint to and including September 25, 2006.

Respectfully submitted,

    /s/ Eric L. Yaffe
Eric L. Yaffe (No. 439750)
Stephen J. Vaughan (No. 464136)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
The Watergate- Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

*Attorneys for Plaintiff*
Baskin-Robbins Franchised Shops LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2006, a true copy of the foregoing Motion for Extension of Time was sent by first class mail to:

Don Nelson (VA No. 12650)
23 Sycolin Rd. SE
Leesburg, VA, 20175
Telephone:   (703)777-8827
Facsmilie:   (703)443-0501


Chairod and Yupin Raungtriphop
9481 Gauge Drive
Fairfax Station, VA 22039

Chairod and Yupin Raungtriphop
2604 Connecticut Avenue Northwest
Washington, District of Columbia 20008

/s/ Eric L. Yaffe

111181