UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC<br>a Delaware Limited Liability Company,<br>130 Royall Street, Canton, MA 02021<br><br>          Plaintiff,<br><br>v.<br><br>CHAIROD RAUNGTRIPHOP and<br>YUPIN RAUNGTRIPHOP,<br>  Both residents of the Commonwealth of Virginia<br>9481 Gauge Drive, Fairfax Station, VA 22039<br><br>          Defendants. | C.A. No. 1:06CV01492 (EGS) |

## CONSENT ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time, it is hereby

ADJUDGED, ORDERED AND DECREED that Defendants, Chairod Raungtriphop and Yupin Raungtriphop, shall have an extension of time to and including **September 25, 2006,** to answer, plead, or otherwise respond to the Complaint filed by the Plaintiff.

ENTERED this _____ day of _____, 2006.

_____
United States District Court Judge