```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                                       |   |                               |
|---|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC   | ) |                               |
|                                       | ) |                               |
|             Plaintiff,                | ) |                               |
|                                       | ) | Civil Action No. 006-1492(EGS) |
|             v.                        | ) |                               |
|                                       | ) |                               |
| CHAIROD RAUNGTRIPHOP and UAPIN RAUNGTRIPHOP, | ) |                        |
|                                       | ) |                               |
|             Defendants.               | ) |                               |

**O R D E R**

On August 24, 2006, plaintiff Baskin-Robins Franchised Shops LLC filed a Complaint and a Motion for Preliminary Injunction against its franchisees defendants Chairod Raungtriphop and Yupin Raungtriphop. On September 5, 2006, the Court *sua sponte* directed the defendants to respond to the motion by no later than September 12, 2006. As to date, defendants have failed to file a response to the motion as directed by the Court; have not filed a motion requesting for an extension of time to file their response; and have failed to follow the filing deadlines in the Local Rules, *see* LCvR 65.1 (directing opposition to a motion for preliminary injunction to be served and filed within five days after filing of the motion), therefore, the Court **GRANTS** plaintiff's motion for preliminary injunction as conceded.

Accordingly, it is hereby

**ORDERED** that the defendants are **ENJOINED** from continuing to violate at their Baskin-Robbins retail ice cream store, located at 2604 Connecticut Avenue, N.W., Washington, D.C. 20008, the health, sanitation, and safety standards set forth in the Franchise Agreement between the parties, the Baskin-Robbins' operating manuals, and those identified on the Quality Assurance Food Safety & Sanitation Reinspection form dated July 31, 2006; and it is

**FURTHER ORDERED** that the defendants are to cease violating these health, sanitation, and safety standards **FORTHWITH**.

**IT IS SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
**United States District Judge**
**September 15, 2006**