UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BASKIN-ROBBINS FRANCHISED SHOPS, LLC )
A Delaware Limited Liability Company, )
130 Royall Street, Canton, MA 02021 )
)
        Plaintiff, )
v. )
) Case No. 1:06CV01492 (EGS)
CHAIROD RAUNGTRIPHOP and )
YUPIN RAUNGTRIPHOP, )
Both residents of the Commonwealth of Virginia )
9481 Gauge Drive, Fairfax Station, VA 22039 )
)
        Defendant. )

**CONSENT JUDGMENT**

Plaintiff BASKIN-ROBBINS FRANCHISED SHOPS, LLC and Defendants CHAIROD RAUNGTRIPHOP and YUPPIN RAUNGTRIPHOP, having reached an agreement in resolution of BASKIN-ROBBINS claims in the above referenced action, and having stipulated and consented to bring this resolution before the Court, and the Court being fully advised in the matter:

IT IS HEREBY ORDERED as follows:

1. Defendants shall abide by the Court's Order dated September 15, 2006, pursuant to which the Defendants were enjoined from, among other things, continuing to violate at their Baskin-Robbins retail ice cream store (PC Shop 361488), the health, sanitation, and safety standards set forth in the Franchise Agreement between the parties.

2. Defendants shall pay Plaintiff's attorneys' fees and costs incurred in this action in the total sum of $3,950, to Baskin-Robbins in accordance with the Franchise Agreement for PC Shop 361488. Defendants shall make payments to Baskin-Robbins, in certifiable funds, over an

approximately one month period of time through equal installment payments based on the following schedule:

    a. $2,000 due on or before November 15, 2006; and

    b. $1,950 due on or before December 15, 2006.

3. If Defendants fail to satisfy any of their obligations under this Order, or if Baksin-Robbins is otherwise required to incur additional reasonable attorneys' fees and costs to enforce the terms of this Consent Judgment, Defendants shall be responsible for such fees and costs in addition to the fees and costs identified in paragraph 2.

4. The foregoing is entered as a Judgment of the Court effective on the date signed and entered below.

SIGNED AND ENTERED THIS ____ DAY OF _____, 2006

_____
Emmet G. Sullivan
United States District Court Judge

The undersigned stipulate and agree to the entry of this Consent Judgment, and approve to its content and form.

PLAINTIFF BASKIN-ROBBINS
FRANCHISED SHOPS LLC

By: _____
Eric L. Yaffe (No. 439750)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C.
Tel. (202) 295-2200
Fax (202) 295-2250

Attorney for Baskin-Robbins Franchised Shops LLC
Dated: November 12, 2006

DEFENDANTS CHAIROD
RAUNGTRIPHOP and YUPIN
RAUNGTRIPHOP

By: _____
Chairod Raungtriphop
Yupin Raungtriphop
Appearing Pro Se

Dated: November 10, 2006

3