UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC<br>a Delaware Limited Liability Company,<br>130 Royall Street, Canton, MA 02021<br><br>    Plaintiff,<br><br>   v.<br><br>CHAIROD RAUNGTRIPHOP and<br>YUPIN RAUNGTRIPHOP,<br> Both residents of the Commonwealth of Virginia<br>9481 Gauge Drive, Fairfax Station, VA 22039<br><br>    Defendants. | Case No. 1:06CV-01492 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Baskin-Robbins Franchised Shops LLC hereby gives notice of the dismissal, without prejudice, of this action.

Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe (No. 439750)
Stephen J. Vaughan (No. 464136)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
Telephone:  (202) 295-2200
Facsimile:   (202) 295-2250

*Attorneys for Plaintiff*
Baskin-Robbins Franchised Shops LLC

Dated: December 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2006, a true copy of the foregoing Notice of Dismissal was sent by first class mail to:

Don Nelson (VA No. 12650)
23 Sycolin Rd. SE
Leesburg, VA, 20175
Telephone:    (703)777-8827
Facsmilie:    (703)443-0501


Chairod and Yupin Raungtriphop
9481 Gauge Drive
Fairfax Station, VA 22039

Chairod and Yupin Raungtriphop
2604 Connecticut Avenue Northwest
Washington, District of Columbia 20008

                                            ___/s/ Eric L. Yaffe_____

GP:2042728 v1